IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

John J. Lockovich

   plaintiff

    v

## 05-40051 RWZ

Dr. Sandra Howard, Clinical director, FMC Devens

  and

Dr. F. Bhatti, Medical officer, FMC Devens

  and

J. Watkins, Chief Pharmacist, FMC Devens

  and

D. Wiegers, PA, MLP, FMC Devens

  and

John Doe #1    Name unknown

  and

John Doe #2    Name unknown

  and

John Doe #3    Name unknown

  and

John Doe #4    Name unknown

  All in their individual and offical capacities

  Defendants

This is a 1983 action by John J. Lockovich an inmate at the Federal Prison Camp at Ashland, Kentucky, alleging violation of his constitutional rights and seeking monetary, compensatory, punitive and any other damages the court may order

### JURISDICTION

1) This is a civil action under 42 USC 1983. This court has Jurisdiction under 28 USC 1343 and 28 USC 1331

## PARTIES

2) Plaintiff John J. Locbovich is presently an inmate at the Federal Prison Camp, Ashland, Kentucky

3) Defendant Dr. Sandra Howard is the clinical director at the Federal Medical Center (FMC Devens) in Ayer, MA. Dr. Howard is responsible for the supervision and training of the medical personnel at FMC Devens

4) Defendant Dr. F. Bhatti is a medical doctor at FMC Devens and was responsible for my care and treatment while at FMC Devens

5) Defendant J. Watkins is the chief pharmacist at FMC Devens and is responsible for the supervision and training of the pharmacy and pharmacy staff and other health service and medical personnel. He would also refer to the manufactures dosage and administration guidelines or the PDR. to insure the proper dosage is given, frequency to be taken, contraindications. and how the medication must be administered and advise the medical staff accordingly

6) Defendant D. Wiegers, PA, mid level practitioner, evaluated, treated and prescribed medications to me while at FMC Devens

7) John Doe #1      Name and address unknown

8) John Doe #2      Name and address unknown

9) John Doe #3      Name and address unknown

10) John Doe #4      Name and address unknown

### FACTS #1

11) Following my open heart surgery in 1993 I was placed on the blood thinner coumadin

12) From the beginning the doctors had a difficult time getting my levels, PT + INR, to stay where they wanted them

13) After having seven blood clots in my legs with one going to my lung, the doctors sent me to the Regional Cancer Center to Dr. Philip Symes for evaluation and treatment

14) After several months of trying to correct this problem Dr. Symes refered me to Dr. Franklin Bontempo the head of hematology at U.P.M.C. Pittsburgh

15) After two months of testing and procedures Dr. Bontempo placed me on a new blood thinner, Lovenox injections. (August 1995)

16) My clotting problems continued but the clots in my legs stopped while on lovenox injections

17) I provided the medical department at FMC Devens with fourteen discharge summeries from the Flagship Cardiopulmonary and Peripheral Vascular Associates detailing that from 2-28-94 thru 1-12-95 I was treated for seven different episodes of deep vein thrombosis in my legs with one clot going to my lung.

18) A greenfield was placed in my inferior vena cava to stop additional clots from going to my lungs

19) The clots in my legs and my lung were all while taking coumadin

20) Even while on lovenox injections I have had six stents placed around my heart, a stroke, several mini strokes, a carotid endarterectomy, a second heart attack and more

21) I provided the medical department at FMC Devens

3 of 14) with complete copies of my medical records showing

all the above.

22) While seeing Dr Bhatti he stated several times that he would like to try me on Coumadin again

23) I told Dr Bhatti that the last time I was taken of Lovenox was while at the Federal Prison Camp in Ashland, Ky in 1997 and ten days later I had a mini stroke and was immediately placed back on Lovenox- The doctor at FPC Ashland insisted I try Coumadin and stop the Lovenox injections. prior to my stroke

24) Dr Bhatti told me that since both blood thinners Coumadin and Lovenox work in different ways he could give me both and check my levels, PT & INR, on Coumadin with a blood test, a blood test not effective in checking Lovenox injections

25) I agreed with this as long as I would remain on Lovenox injections

26) What Dr Bhatti didn't tell me was that on this same day 7-16-02 he wrote in my medical records that I be given both Coumadin and Lovenox injections and that the Lovenox injections would be stopped in seven days

27) On 7-23-02 I went for my Lovenox injection and was told that Dr Bhatti had stopped my injections

28) On 11-25-02 I was transfered to the Federal Prison Camp in Ashland, Ky (FPC Ashland)

29) On 5-4-03 I was taken to Our Lady of Belleforte Hospital for chest pain

30) The cardiologist at Our Lady of Belleforte Hospital (4-14)

Was Dr Kline, the same doctor who treated me in 1997 when the medical department at FPC Ashland took me off Lovenox injections

31) Dr Kline states in my medical records that coumadin was tried in the past and failed again

32) Dr Kline states that chronic coumadin therapy does not work. INR & AT are difficult to regulate by patient history :

33) While at Our Lady of Bellefonte Hospital Dr Kline discovered two new medical problems that were not present during a cardiac cath in March 2002.

   a. dilatation of the distal aorta approaching 3 cm

   b. aortic insufficiency with aortic regurgitation

34) Dr Kline also states that my chest pain will most likely be abolished by returning to Lovenox injections and stopping coumadin since it has been tried and failed on multiple occasions and since it is extremely difficult to control my lupus anti-coagulant disorder

35) The medical records from Our Lady of Bellefonte Hospital indicate that the two new problems could have been caused or enhanced by not getting my Lovenox injections

36) While at Our Lady of Bellefonte Hospital Dr Kline placed me back on Lovenox injections and advised FPC Ashland to do the same

37) Between FMC Devens and FPC Ashland I went 287 days totaling 574 injections without Lovenox

38) Dr. Howard, Dr. Bhatti, J. Watkins, D. Wiegers and John Does 1-2-3-4 failed to follow the dosage and administration guidelines provided by the manufacture of hovenox with each box of hovenox injections and failed to communicate the correct procedure for the administration of hovenox injections to the medical staff at FMC Devens and FPC Ashland

a.) the injections are to be given every twelve hours. At FMC Devens the injections were given at 7:00am and 4:00pm. At FPC Ashland injections were given at 6:45am and 2:30pm. It wasn't until January 2004 that the times were changed at FPC Ashland Monday thru Friday 9:00am & 9:00pm, Saturday & Sunday & Holidays 7:30am & 9:10pm

b.) the bubble in the injection must not be removed, this bubble (nitrogen) is placed there by the manufacture to assure that 100% of the injection is given. It wasn't until January 2004 that the bubble was not being removed by the medical staff at FMC Devens and FPC Ashland

c.) the injection must be given while lying down. It wasn't until January 2004 that I was permitted to lie down while giving my injection

39) Defendants Dr. Howard, Dr. Bhatti, J. Watkins, D. Wiegers and John Does' 1-2-3-4 failed to inform the medical staff at FMC Devens and FPC Ashland on the proper administration of hovenox injections

40) Defendants Dr. Howard, Dr. Bhatti, J. Watkins, D. Wiegers and John Does' 1-2-3-4 failed to

inform the medical staff that extreme caution must be taken when lovenox injections are used concomitantly with platelet inhibitors and NSAID's

    a. Plavix - platelet inhibitor

    b. Celebrex - NSAID

41) Defendants Dr. Howard, Dr. Bhatti, J. Watkins, John Does 1-2-3-4 failed to inform the medical staff that complete blood counts, including platelet count and stool occult blood tests must be taken while being treated with lovenox injections

42) Defendants Dr. Howard, Dr. Bhatti, J. Watkins, John Does 1-2-3-4 failed to inform the medical staff that if other medications must be used careful attention to dosing intervals must be followed especially when platelet inhibitors are used

## FACTS #2

43) On 3-8-2002 I reported to the U.S. Marshalls' office in Pittsburgh, PA. as ordered by the court

44) I was taken from there to the Allegheny County Prison and placed in the medical unit

45) I provided the medical department at the Allegheny County Prison with a complete medical history

46) I provided the medical department at the Allegheny County Prison with a complete list of my medications including dosages and frequency taken

47) On 3-15-2002 I was transferred by the U.S. Marshalls' to the Federal Medical Center in Ayer, MA.

48) The U.S. Marshalls' were given a 7 day supply of all my medications by the Allegheny County Prison to be taken with me to FMC Devens

49) I provided the medical department at FMC Devens with a complete medical history

50) I provided the medical department at FMC Devens with a complete list of my medications including dosages :

   a.) Atenolol 100 mg 2x/day
   b.) K-Dur 20 meq 1x/day
   c.) Norvac 10 mg 1x/day
   d.) Clonidine 0.2 mg 2each 2x/day
   e.) Isosorbide Dinitrat 30 mg 3x/day
   f.) Clopidogrel 75 mg 1x/day
   g.) Lasix 120 mg 1x/day
   h.) Ducose 100 mg 1x/day
   i.) Lisinopril 20 mg 1x/day
   j.) Lovastatin 40 mg 1x/day
   k.) Celebrex 100 mg 3x/day
   l.) EC Aspirin 80 mg 1x/day
   m.) Plavix 75 mg 1x/day
   n.) Ultram 100 mg 3x/day
   o.) Lovenox injections 100 2x/day
   p.) Nitro as needed

51) At my initial medical screening upon arrival at FMC Devens, A. Betance, M.L.A, documented the medication from the U.S. Marshalls' and receipt of copies of my medical records

52) From 3-8-2002 thru 3-22-2002 I was not given any or only part of my medications on 14 different occasions

53) On 3-19-02 D. Wiegers was informed that I had not been getting all of my medications

54) On 3-19-02 D. Wiegers was informed that I was having chest pain more often than usual

55) On 3-19-02 D. Wiegers discontinued my medication Plavix knowing I had been taking a platelet inhibitor for over 5 years

56) On 3-21-02 D. Wiegers' was informed, again, that I had not been getting all of my medications

57) On 3-21-02 D. Wiegers states that I had not been receiving all of my medications for about 10 days

58) On 3-21-02 D. Wiegers states that I should wait awhile and give my medications a chance to work

59) On 3-21-02 D. Wiegers was informed that my chest pain was getting worse and more frequent

60) On 3-22-02 D. Wiegers was informed that my chest pain was lasting longer and becoming even more frequent

61) On 3-22-02 D. Wiegers stated that I should allow time for my medications to work

62) On 3-23-02 D. Wiegers was informed that my chest pain was getting worse and now was having left arm pain as well

63) From 3-19-02 thru 3-23-02, the days I was seen by D. Wiegers, there was only one day that I had received all of my medications

64) Prescribed medications to treat my heart condition, clotting disorder and more withheld causing me unnecessary pain and suffering and placing me in a life threatening situation

65) During this entire time 3-19-02 - 3.23-02, Dr Bhatti

was aware of my chest pain and my medications being withheld and did nothing

66) On 3-23-02 I was taken from FMC Devens to the hospital for chest pain

67) The doctors at U.Mass Medical Center stated that missing all or part of my medications was extremely dangerous and life threatening and was the cause of my chest pain and high blood pressure

68) It took until 4.27.2002 for my blood pressure to return to normal

### FACTS #3

69) The medical departments at FMC Devens and FPC Ashland were provided with a complete history of my severe knee problems by Dr. Sinha, Dr. Pierce, Dr. McWhirter and two contract orthopedic doctors employed by Fmc Devens and FPC Ashland

70) I was transferred from the Allegheny County Prison to Fmc Devens on 3-15-2002 with a seven day supply of all my medications sent by the medical department at the Allegheny County Prison with the U.S. Marshall's

71) Upon arrival at FMC Devens I was told by the medical department that I would not be getting celebrex stating it was a non-formulary medication and could not be given

72) I asked for the seven day supply sent by the Allegheny Prison and was refused

73) On 4-9-02 I was seen by an Orthopedic doctor

74) The contract orthopedic doctor informed Dr. Bhatti of the severity of my knee problems and my severe pain

75) The contract orthopedic doctor informed Dr. Bhatti that I needed a total knee replacement

76) The contract orthopedic doctor informed Dr. Bhatti that he would not do the replacement because of the high risks involved with my other serious medical problems

77) The contract orthopedic doctor talked with Dr. Bhatti in my presence about the absolute necessity for Celebrex

78) Dr. Bhatti said he would get me Celebrex

79) On 7-16-02 I was again seen by the contract orthopedic doctor

80) By this time my pain was severe

81) The contract orthopedic doctor spoke with Dr. Bhatti again about getting some relief for my severe pain

82) I told Dr. Bhatti that at times my pain was so severe it caused me to have chest pain

83) On 8-20-02 I was told by the pharmacy I would be getting Celebrex

84) 153 days in severe pain with nothing

85) From 3-15-02 thru 12-12-02 I informed the medical departments at FMC Devens and FPC Ashland. Dr Bhatti, Dr. Howard, John Does 1-2 of my severe knee pain and my need for help more than 37 times.

86) As of 7-16-02 Dr Bhatti had made no attempt to get me Celebrex

## CLAIMS

87) The actions of the defendants stated in paragraphs 11 thru 42 clearly show they were aware of the facts and knew of and disregared an excessive risk to my health and safety by taking me off Lovenox injections

88) The defendants have shown that not providing Lovenox injections was intentional and their actions were such to cause me serious harm, even death

89) The defendants were aware that other attempts with coumadin had failed and almost cost me my life, the defendants chose to ignore documented history of blood clots, heart attacks, strokes, blocked carotid artery and more and refused to provide Lovenox injections

90) The defendants subjected me to cruel and unusal punishment and the unnecessary and wanton inflction of pain by taking me off Lovenox injections for 287 days

91) The defendants ignored the manufactures dosage and administration guidelins even after repeated requests by myself showing deliberate indifference to my serious medical needs.

## SECOND CAUSE OF ACTION

92) The actions of the defendants stated in paragraphs 43 thru 68 were not only serious but life threatening

93) Failing to provide life sustaining prescribed medication that was available was intentional and showed deliberate indifference to my serious medical needs

94) Failure to provide life-sustaining prescribed medication for 14 days or failing to provide this medication as prescribed by the doctors, PA's, or the manufacture placed me in a life-threatening situation.

95) Because of this my blood pressure was elevated to extremely high and dangerous levels for a period of 14 days

96) While at U. Mass medical center a cardiac catherization was done, a procedure that would have not been necessary if I had been given my medication

97) A risky and dangerous procedure but with my medical history this procedure becomes very high risk and very dangerous.

98) High blood pressure, chest pain, cardiac cath and more all because the defendants acted with deliberate indifference to my serious medical needs

THIRD CAUSE OF ACTION

99) The actions of the defendants stated in paragraphs 69 thru 86 subjected me to the unnecessary and wanton infliction of pain by ignoring requests from their own specialist and other specialist's and repeated requests by myself for medication and treatment of my severe pain and knee problems

100) The defendants were aware of my severe knee problems and pain and had the power to act but all did nothing for a total of 169 days showing deliberate indifference to my serious medical needs.

101.) The defendants ignored my repeated requests both verbally and in writing at least 37 times for help and treatment for my severe pain and knee problems

102.) The lack of care by the defendants caused me to endure severe physical pain and mental anguish

WHEREFORE, plaintiff requests this Honorable Court grant him monetary, compensatory, punitive and any other damages this Court may order

Respectfully submitted

John J. Lockovich Pro Se

August 31, 2004

March 17, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this action was served by U.S. mail to and upon the following:

Clerk of Courts
U.S. District Court
FOR THE DISTRICT OF MASSACHUSETTS
90 Devonshire Street
Boston, MA. 02109

August 31, 2004

March 17, 2005