CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this action was served by U.S. Mail to and upon the following:

Clerk of Courts
For the District of Massachusetts
595 Main Street
Worcester, MA. 01608-2076

*[signature]*
March 18, 2005

ADDRESSES

John J. Lockovich 05656-068
Federal Prison Camp
P.O. Box 6000
Ashland, KY 41105-6000

Dr. Sandra Howard
Dr. F. Bhatti
J. Watkins
D. Wiegers
all the above at:   FMC Devens
                    42 Patton Road
                    Ayer, MA. 01432