IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

John J. Lockovich
   Plaintiff
V
Dr. Sandra Howard et, al

CASE NO.
05-40051-FDS

ADDRESS CHANGE

John J. Lockovich
c/o Renewal Resident Mail
P.O. Box 23475
Pittsburgh, PA 15222-6475

John J. Lockovich
*[signature]*
July 14, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this address change was served by U.S. mail to and upon the following:

Clerk of Courts
595 Main Street
Worcester, MA 01608

*[signature]*
August 10, 2005

Dr. Sandra Howard
FMC Devens
42 Patton Road
Ayer, MA 01432

*[signature]*
July 14, 2005