IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN J. LOCKOVICH
    Plaintiff
       V
Dr. Sandra Howard et al

CASE NO:
05-40051-FDS

MOTION FOR SUMMARY JUDGEMENT

1) On April 15, 2005 this civil action was filed with the United States District Court for the District of Massachusetts

2) On June 7, 2005 the U.S. Marshall Service served upon J. Watkins this civil action and summons with instructions to answer within 60 days

3) As of this date August 22, 2005 J. Watkins has failed to respond

4) The plaintiff asks this court to find the defendant in default for failing to answer this action as directed

5) The plaintiff asks this court to find in his favor on all counts

6) The plaintiff request this court grant him monetary, compensatory, punitive and

any other damages this court may order.

Respectfully submitted
John J. Lockovich
*John J. Lockovich*
August, 22, 2005

Certificate of Service

I hereby certify that a true and correct copy of this motion was served by U.S. Mail to and upon the following:

Clerk of Courts
U.S. District Court
For the District of MA.
595 Main Street
Worcester, MA. 01608

J. Watkins Chief Pharmacist
FMC Devens
42 Patton Road
Ayer, MA. 01432

John J. Lockovich
Renewal Resident Mail
P.O. Box 23475
Pgh, PA 15222-6475