IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

John J. hockovich
    Plaintiff
    v
Dr. Sandra Howard, et al

CASE NO:
05-40051-FDS

MOTION

1) On June 17, 2005 a set of Interrogatories was served upon Dr. Howard via Certified U.S. mail. (cert # 7004-0000-9621-2687)

2) Dr. Howard was instructed to answer each separately and fully in writing and under oath within 30 days.

3) As of this date August 22, 2005 Dr. Howard has failed to respond.

4) The plaintiff asks this court to order Dr. Howard to answer these Interrogatories First set

5) Any further delay by Dr. Howard will hamper plaintiffs efforts in filing an amended complaint.

Respectfully submitted
John J. Lockovich

*/s/ John Lockovich/*

August 22, 2005

John J. Lockovich
Renewal Resident Mail
P.O. Box 23475
Pgh. PA. 15222-6475

Certificate of Service

I hereby certify that a true and correct copy of this Motion was served by U.S. mail to and upon the following:

Dr. Sandra Howard
Fmc Devens
42 Patton Road
Ayer, Ma 01432

Clerk of Courts
595 Main Street
Worcester, MA. 01608