```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JOHN J. LOCKOVICH, | ) |
|  | ) |
| Plaintiff, | ) Civil Action |
|  | ) No. 05-40051-FDS |
| v. | ) |
|  | ) |
| DR. SANDRA HOWARD, DR. F. BHATTI, | ) |
| J. WATKINS, D. WIEGERS, and | ) |
| JOHN DOE # 1, JOHN DOE #2, | ) |
| JOHN DOE #3, and JOHN DOE #4, | ) |
|  | ) |
| Defendants. | ) |

**MOTION OF THE DEFENDANTS TO DISMISS**
**THE PLAINTIFF'S COMPLAINT**

Now come the defendants, Dr. Sandra Howard, Dr. F. Bhatti, J. Watkins, D. Wiegers, and John Doe #1, John Doe #2, John Doe #3, and John Doe #4, by and through their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and move this Court to Dismiss the plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. For the reasons set forth in the attached Memorandum of Law and supporting exhibits, the undisputed material facts show that the defendants are entitled to judgment in their favor as a matter of law.

WHEREFORE, based upon the arguments and authorities submitted in the attached Memorandum of Law with supporting exhibits, the defendants respectfully move this Court to grant their Motion to Dismiss.

        Respectfully submitted,

        UNITED STATES OF AMERICA,

        MICHAEL J. SULLIVAN,
        UNITED STATES ATTORNEY


By:   s/s Rayford A. Farquhar
     Rayford A. Farquhar
     Assistant U.S. Attorney
     1 Courthouse Way, Ste. 9200
     Boston, MA 02210
     617-748-3100

**CERTIFICATE OF SERVICE**

Suffolk, ss.        Boston, Massachusetts
                October 25, 2005

I hereby certify that a true copy of the above document was served upon the Pro Se plaintiff, John J. Lockovich, 5252 Keeport Drive, Apt. #2, Pittsburgh, PA 15236, by First Class Mail.

        s/s Rayford A. Farquhar
        Rayford A. Farquhar
        Assistant U.S. Attorney