UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| JOHN J. LOCKOVICH, | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 05-40051-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| DR. SANDRA HOWARD, DR. F. BHATTI, | ) | |
| J. WATKINS, D. WIEGERS, and | ) | |
| JOHN DOE # 1, JOHN DOE #2, | ) | |
| JOHN DOE #3, and JOHN DOE #4, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**MEMORANDUM IN SUPPORT OF THE DEFENDANTS
MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

The defendants, Dr. Sandra Howard, Dr. F. Bhatti, J. Watkins, D. Wiegers, and John Doe #1, John Doe #2, John Doe #3, and John Doe #4, herein submit this Memorandum in Support of their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. For the reasons set forth below, the undisputed material facts show that the defendants are entitled to judgment in their favor as a matter of law.

**I. RULE 56.1 STATEMENT OF FACTS**

Plaintiff John Lockovich, Register Number 05656-068, is a federal inmate who has been incarcerated at the Federal Medical Center in Devens, Massachusetts (FMC Devens) from March 15, 2002, through November 25, 2002 (See Exhibit 1a, Admission-Release Data for Inmate John Lockovich, Register Number 05656-068, p. 30,

attached to the Declaration of FMC Devens Paralegal Specialist Stephanie Scannell).[1]  On October 24, 1996, Plaintiff was sentenced in the United States District Court for the Western District of Pennsylvania to an eighteen (18) month term of incarceration with a three year term of supervision for Wire Fraud, in violation of 18 U.S.C. § 1343.  See Exhibit 1b, Sentence Monitoring Computation Data for Inmate John Lockovich, Register Number 05656-068, p. 5, attached to the Declaration of Stephanie Scannell. Plaintiff was released via good conduct time (GCT) on February 4, 1998.  Id. at p. 6.

On December 17, 2001, Plaintiff violated his supervised release, and was sentenced in the United States District Court for the Western District of Pennsylvania to a twenty-four (24) month term of incarceration with a two year period of supervision.  Id. at pp. 3-4.  Plaintiff satisfied the service of this sentence on December 4, 2003.  Id. at p. 4.

On March 7, 2002, Plaintiff was sentenced in the United States District Court for the Western District of Pennsylvania to a twenty-seven (27) month term of incarceration with a three (3) year term of supervised release to follow for Possession of Stolen Firearm, in violation of 18 U.S.C. § 922(j).  Id.  This sentence was ordered to be served consecutive to the sentence Plaintiff was serving at that time for violated of his supervised release, as described above.  Id. at pp. 1-2.  Thus, computation for Plaintiff's instant sentence began on December 4, 2003, the

---

[1] The Scannell Declaration is attached as Exhibit 1.

satisfaction date of his prior sentence.  <u>Id</u>. at p. 2.  Assuming
Plaintiff is granted all remaining GCT available to him under 18
U.S.C. § 3624(b), his projected statutory release date on this
docket is November 18, 2005.  <u>Id</u>.  In the event his remaining
Good Conduct Time is disallowed, his full term expiration date is
March 3, 2006.  <u>Id</u>.

On March 22, 2005 the plaintiff filed his Complaint in the
United States District Court for the District of Massachusetts.
On or about March 22, 2005, Plaintiff commenced this action in
the United States District Court for the District of
Massachusetts.  This complaint is styled as a <u>Bivens</u>[2] action
under 28 U.S.C. § 1331.  Plaintiff claims that Defendants failed
to give him all his prescribed medications and follow proper
administration procedures.  <u>See</u> Complaint.  He also contends that
Defendants wrongly terminated his Lovenox injections, and did
nothing for his chronic knee pain.  <u>Id</u>.  According to Plaintiff,
these actions constituted deliberate indifference to his medical
needs, as well as cruel and unusual punishment.  <u>Id</u>.

Specifically, Plaintiff alleges that Defendants failed to
follow the dosage and administration guidelines for his Lovenox
injections.  <u>See</u> Complaint, ¶ 38.  Plaintiff further states that

---

[2] Plaintiff is a federal inmate alleging constitutional
violation against federal defendants.  His claims are therefore
brought pursuant to <u>Bivens v. Six Unknown Agents of Federal
Bureau of Narcotics</u>, 403 U.S. 388 (1971), which established that
the victims of constitutional violations by federal agents have a
right to recover damages against that official in federal court,
just as 42 U.S.C. § 1983 provides redress for constitutional
violations by state officials.

these injections were wrongly terminated, and that the Defendants failed to inform medical staff that complete blood counts must be taken while on Lovenox injections. <u>Id</u>. ¶¶ 41, 87, 90. Plaintiff also alleges that from March 8, 2002 through March 22, 2002, he was not given, or only given part, of his numerous medications. <u>Id</u>. ¶ 52. According to Plaintiff, this resulted in chest pain and high blood pressure. <u>Id</u>. ¶ 67. Finally, Plaintiff states that he suffered from severe knee pain, and Defendants ignored his request for treatment and medication. <u>Id</u>. ¶ 99. Plaintiff contends that Defendants acted with deliberate indifference to his serious medical needs. <u>Id</u>. ¶¶ 91, 98, 100. As relief, Plaintiff requests "monetary, compensatory, punitive and any other damages this Court may order." <u>Id</u>.

## II.  <u>STANDARD OF REVIEW</u>

When subject matter jurisdiction is challenged under Rule 12(b)(1), the plaintiff bears the burden of persuasion. *See, e.g.,* <u>Skwira v. United States</u>, 344 F.3d 64, 71 (1st Cir. 2003), *cert. denied*, 124 S.Ct. 2836 (2004) (discussing the First Circuit's adoption of the view that the FTCA's statute of limitations is a jurisdictional prerequisite). Upon a motion under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, the party invoking the jurisdiction of the federal court generally bears the burden of proving its existence. <u>See Taber Partners, I v. Merit Builders, Inc.</u>, 987 F.2d 57, 60 (1st Cir. 1993); <u>see also</u> <u>Halstead v. Motorcycle Safety Found., Inc.</u>,

4

71 F. Supp. 2d 464, 468 (E.D. Pa. 1999). There are two different ways of challenging the existence of subject matter jurisdiction: a "facial attack" or a "factual attack." <u>See</u> 2 James Wm. Moore et al., <u>Moore's Federal Practice</u> P 12.30 (3d ed. 1999); <u>cited by</u> <u>Valentin v. Hosp. Bella Vista</u>, 254 F.3d 358, 363 (1st Cir. 2001)(discussing differences between facial (or "sufficiency") and factual attacks). A facial challenge may be raised where the complaint fails to aver facts upon which subject matter jurisdiction can be based. <u>Gibbs v. Buck</u>, 307 U.S. 66 (1939). In raising a factual attack, the moving party argues that the formal jurisdictional allegations in the complaint are not true. <u>Id.</u>; <u>see also</u> <u>1610 Corp. v. Kemp</u>, 753 F. Supp. 1026, 1028 (D. Mass. 1991).

In both types of jurisdictional challenges, a court will take the well-pleaded facts of the complaint as true and draw all reasonable inferences in favor of the pleader. <u>See</u> <u>Scheuer v. Rhodes</u>, 416 U.S. 232, 236 (1974); <u>Aversa v. United States</u>, 99 F.3d 1200, 1209-10 (1st Cir. 1996); <u>Barrett v. Lombardi</u>, 239 F.2d 23, 30-31 (1st Cir. 2001). In addition, where the challenge is factual, a court may go beyond the pleadings and weigh the evidence before it, as related to jurisdictional allegations. <u>See</u> <u>1610 Corp.</u>, 753 F. Supp at 1028; <u>Halstead</u>, 71 F. Supp. at 468.

**III. <u>ARGUMENT</u>**

### A.   The Complaint Should Be Dismissed For Plaintiff's Failure To Exhaust His Available Administrative Remedies

The complaint should be dismissed for Plaintiff's failure to exhaust available administrative remedies.  The Bureau of Prisons' computerized data base reveals there is no record that Plaintiff exhausted his administrative remedies as to the issues raised in his complaint.  Therefore, Plaintiff is precluded from seeking relief from this Court.

The Prison Litigation Reform Act of 1995, as amended 42 U.S.C. § 1997e(a) (PLRA), requires a prisoner to exhaust "such administrative remedies as are available" before suing over prison conditions.  Porter v. Nussle, 534 U.S. 516, 523-524 (2002); Booth v. Churner, 532 U.S. 731 (2001).

In Booth, the United States Supreme Court held that under the PLRA, an inmate seeking only money damages must complete any prison administrative remedy process capable of addressing the inmate's complaint and providing some form of relief, even if the process does not make specific provision for monetary relief. Booth v. Churner, 532 U.S. at 739.  See Booth v. Churner, 206 F.3d 289 (3d Cir. 2000) (PLRA requires exhaustion); Nyhuis v. Reno, 204 F.3d 65, 78 (3d Cir. 2000)(PLRA makes exhaustion mandatory in all cases); Alexander v. Hawk, 159 F.3d 1321(11th Cir. 1998)(futile and inadequate nature of administrative remedy did not preclude mandatory exhaustion requirement of the PLRA).

The Bureau of Prisons has a three level administrative remedy process which is a method by which an inmate may seek

6

formal review of a complaint related to any aspect of his
confinement, if less formal procedures have not resolved the
problem.  See 28 C.F.R. § 542, subpart B.  The procedure requires
that an inmate first address his complaint to the Warden.  28
C.F.R. § 542.14.  If dissatisfied with the response from the
Warden, the inmate may appeal his complaint to the Regional
Director.  28 C.F.R. § 542.15.  If dissatisfied with the Regional
Director's response, the inmate may appeal to the Director,
National Inmate Appeals, in the Office of the General Counsel in
Washington, D.C.  Id.  An inmate has not exhausted his
administrative remedies until he has sought review at all three
levels.  28 C.F.R. § 542.15(a).[3]

In Booth v. Churner, 206 F.3d 289, 300 (3rd Cir. 2000)
(aff'd in Booth v. Churner, 532 U.S. 731 (2001)), the Third
Circuit followed the holding of Nyhuis v. Reno, 204 F.3d 65, 72
(3rd Cir. 2000), that "the PLRA amended § 1997e(a) to make
exhaustion of all administrative remedies mandatory-whether or
not they provide the inmate-plaintiff with the relief he says he
desires in his federal action."  The Prison Litigation Reform Act
of 1995 provides that:

> No action shall be brought with respect to prison
> conditions under § 1983 of this title, or any
> other federal law, by a prisoner confined in any
> jail, prison, or other correctional facility until
> such administrative remedies as are available are
> exhausted.

Booth, 206 F.3d at 299.  See also Gibbs v. Bolden, 151 F.Supp.2d

---

[3]  There are some complaints that may be filed initially at
the Regional or Central Office level.  See 28 C.F.R. § 542.14(d).

854, 857 (E.D. Michigan 2001) (according to the United States
Court of Appeals for the Sixth Circuit, in order to exhaust
administrative remedies under the PLRA, a prisoner must file a
grievance against the person he ultimately seeks to sue in order
to alert prison officials to possible problems with that person).
This legislation was enacted to make the exhaustion provisions
mandatory rather than directory.  "Exhaustion is now required for
all 'action[s] . . . brought with respect to prison conditions,'
whether under §1983 or 'any other Federal law.'" Porter v.
Nussle, 534 U.S. 516, 524 (2002) (citations omitted).  The
exhaustion doctrine "enables the agency to develop a factual
record, to apply its expertise to the problem, to exercise its
discretion, and to correct its own mistakes, and is credited with
promoting accuracy, efficiency, agency autonomy, and judicial
economy."  Christopher W. v. Portsmouth Sch. Comm., 877 F.2d
1089, 1094 (1st Cir. 1989) (citing McKart v. United States, 395
U.S. 185, 194 (1969)).

     Thus, failure to exhaust administrative remedies is an
affirmative defense that deprives the court of subject matter
jurisdiction over Plaintiff's claims.  Perez v. Wisconsin Dep't
of Corr., 182 F.3d 532, 535 (7th Cir. 1999), accord, Medina-
Claudio v. Rodriguez-Mateo, 292 F.3d 31, 36 (1st Cir. 2002); see
also Kane v. Winn, 319 F.Supp.2d 162, 224 (D. Mass. 2004)
(dismissing plaintiff's claims for which he failed to exhaust
administrative remedies); United States v. Flanagan, 868 F.2d
1544, 1546-47 (11th Cir. 1989) (prisoner's claim that his pre-

8

sentence custody should have been credited against his sentence was not properly before the court because prisoner failed to exhaust administrative remedies available through federal prison system before seeking judicial review). Exhaustion under the PLRA is comparable to a statute of limitations, that may be subject to certain defenses such as waiver, estoppel, or equitable tolling. <u>Casanova v. Dubois</u>, 304 F.3d 75, 77 (1st Cir. 2002) (<u>citing</u> <u>Wendell v. Asher</u>, 162 F.3d 887, 890 (5th Cir. 1998)).

In the instant case, Plaintiff had available to him the three-step procedure set forth in the BOP's administrative remedy program. A review of available records indicates that Plaintiff did not exhaust his available administrative remedies with regard to the issues raised in the complaint. <u>See</u> Exhibit 1c. In fact, Plaintiff has never filed any administrative remedy requests on this or other issues during his entire period of incarceration. <u>Id</u>. The effect of Plaintiff's failure to exhaust his available administrative remedies on the issues raised in this civil action constitutes a procedural default. <u>Moscato v. Federal Bureau of Prisons</u>, 98 F.3d 757, 761 (3d Cir. 1996).

Therefore, because Plaintiff seeks to sue these Defendants in their individual capacities, but has failed to exhaust his available administrative remedies under the Bureau of Prisons Administrative Remedy process, this Court lacks subject matter jurisdiction and this claim should be dismissed.

**B.   The Defendants Are Entitled To Dismissal On The Basis Of Qualified Immunity Since The Allegations**

## **Of The Complaint Do Not Amount To The Violation**
## <u>**Of A Clearly Established Constitutional Right**</u>.

The Defendants should be dismissed from this <u>Bivens</u> suit on the basis of qualified immunity.  Qualified immunity must be asserted as an affirmative defense by the defendant officials at the earliest possible time.  <u>Gomez v. Toledo</u>, 446 U.S. 635, 640 (1980).  The essence of qualified immunity was set forth by the Supreme Court in <u>Harlow v. Fitzgerald</u>, 457 U.S. 800 (1982).  The Court explained that government officials, performing discretionary functions are to be "shielded from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." <u>Harlow</u> at 818.  In <u>Anderson v. Creighton</u>, 483 U.S. 635 (1987), the court elaborated that qualified immunity is available to an officer if he acts upon facts or information that would lead a reasonable officer to conclude that his actions were proper and within the parameters and clearly-defined law.

Once the individual defendants raise qualified immunity, courts must resolve two issues:  1) whether a constitutional right would have been violated on the facts alleged; and assuming the violation is established (from the pleadings), 2) whether the right alleged to have been violated was clearly established. <u>Saucier v. Katz</u>, 533 U.S. 194, 195 (2001).

In <u>Saucier</u>, *supra*, the Supreme Court held that in a suit against an officer for an alleged violation of a constitutional right, the requisites of a qualified immunity defense must be

10

considered in proper sequence.  Where the defendant seeks
qualified immunity, a ruling on that issue should be made early
in the proceedings so that the costs and expenses of trial are
avoided where the defense is dispositive.  <u>Saucier v. Katz</u>, 533
U.S. at 200.

The specific qualified immunity inquiry is twofold:  First,
taken in the light most favorable to the party asserting the
injury, do the facts alleged show the officer's conduct violated
a constitutional right?  If no constitutional right would have
been violated were the allegations established, there is no
necessity for further inquiries concerning qualified immunity.
On the other hand, if a violation could be made out on a
favorable view of the parties' submissions, the next sequential
step is to ask whether the right was clearly established.  <u>Id.</u>

The relevant, dispositive inquiry in determining whether a
right is clearly established is whether it would be clear to a
reasonable officer that his conduct was unlawful in the situation
he confronted.  <u>Saucier v. Katz</u>, 533 U.S. at 202.  <u>See</u> <u>also</u>
<u>Wilson v. Layne</u>, 526 U.S. 603, 615 (1999).

An analysis of Plaintiff's claims against each of the
individual Defendants reveals that Plaintiff failed to state a
constitutional violation against any of the Defendants, because
the facts as alleged do not show Defendants' conduct violated a
constitutional right.  The complaint does not articulate what
specific actions each named Defendant took, nor does it
adequately allege a violation of his constitutional rights.

11

Even assuming arguendo, the complaint could be interpreted to sufficiently state each named Defendant committed unconstitutional acts, Plaintiff has failed to articulate how these constitutional rights were clearly established. <u>Anderson v. Creighton</u>, 483 U.S. 635, 640 (1987). Under the standard in <u>Harlow</u> and <u>Anderson</u>, even if Plaintiff's constitutional rights were violated, defendants are still entitled to qualified immunity if a reasonable person in their position would have failed to appreciate that his or her conduct would violate those rights.  Its purpose is two-fold in that it is intended to protect government officials from adverse judgments, and also from the rigors and expense of protracted litigation.  <u>Mitchell v. Forsyth</u>, 472 U.S. 511 (1985).  Once the Defendants raise the defense of qualified immunity, the Plaintiff must prove that the Defendants violated a clearly established constitutional right.  <u>Seigert v. Gilley</u>, 500 U.S. 226, 231 (1991).

In the instant action, there is nothing which indicates that Defendants Howard, Bhatti, Wigers, or Watkins acted outside the scope of their employment or that they violated any clearly established right of the Plaintiff.  Plaintiff's disagreement with his level of care does not amount to a violation of a clearly established constitutional right.  The Defendants acted only in their official capacities and performed their duties professionally, impartially, and within the Constitution and clearly established laws of the United States.  Accordingly, even

12

under the facts as alleged in the Complaint, because Defendants
acted in the belief that their conduct was lawful, each of the
named Defendants is entitled to qualified immunity and should be
dismissed from this lawsuit.

>    **C.    Defendants Howard and Watkins, Named Because
>          Of Their Administrative Capacity, Cannot Be
>          Held Liable Via Respondeat Superior**.

As is the case with actions under 42 U.S.C. § 1983,
respondeat superior liability does not exist under <u>Bivens</u>.
<u>Estate of Rosenberg v. Crandell</u>, 56 F.3d 35, 37 (8th Cir. 1995).
Instead, a defendant is liable for his personal acts only.  <u>Id</u>.
The general responsibility of a Warden for supervising the
operation of a prison is not sufficient to establish personal
liability. <u>Id.</u>, (<u>citing</u> <u>Ouzts v. Cummins</u>, 825 F.2d 1276, 1277
(8th Cir. 1987)); <u>see also</u> <u>Rizzo v. Goode</u>, 423 U.S. 362
(1976)(Defendants in <u>Bivens</u> action dismissed if no personal
involvement or participation in alleged unconstitutional
actions.); <u>Durmer v. O'Carroll</u>, 991 F.2d 64 (3rd Cir.
1993)(Respondeat superior is not acceptable basis for liability
under § 1983.).

The Court in <u>Estate of Rosenberg</u>, *supra*, stated that a bare
allegation that someone in supervisory authority has been
deliberately indifferent, without any specification of that
person's contact in fact with the plaintiff, nor even an explicit
charge of inadequate training or supervision of subordinates, is
not sufficient to state a <u>Bivens</u> claim. <u>Estate of Rosenberg</u>, 56
F.3d at 38. In <u>Durmer v. O'Carroll</u>, 991 F.2d at 69, the Court

held that the Warden and Commissioner for Corrections, neither of whom were physicians, could not be considered deliberately indifferent to prisoner's medical needs simply because they failed to respond directly to medical complaints of a prisoner -- who was already being treated by the prison doctor. There, the inmate had sent them letters explaining his medical situation to which they did not respond.

Plaintiff does not identify any direct involvement by Defendants Howard and Watkins in the vaguely alleged 8th Amendment violation.  Rather, Plaintiff merely names Defendant Howard in her respective capacity as Clinical Director, FMC Devens, and Defendant Watkins in his respective capacity as Chief Pharmacist, FMC Devens, in the Complaint during the time period about which he complains.  Plaintiff merely asserts that Defendants Howard and Watkins failed to properly train and supervise their staff.  He fails to show "an affirmative link" between Defendants Howard and Watkins, and any wrongful act or omission in regard to his medical treatment at FMC Devens.  Thus, it would appear that Plaintiff only names Defendants Howard and Watkins solely because of their administrative positions. Further, Defendants Howard and Watkins should not be held accountable for any alleged infringement of Plaintiff's constitutional rights when they had nothing to do with the course of treatment itself.  Therefore, as the case law establishes, Plaintiff has no viable cause of action against them.  See Estate of Rosenberg, 56 F.3d at 37; Durmer, 991 F.2d at 69.

14

It appears from the complaint that Plaintiff's suit against Defendants Howard and Watkins is based upon their general responsibilities of supervision and fails to point to any specific personal involvement or participation in an alleged constitutional violation. Therefore, they are entitled to dismissal from this Complaint on the basis of respondeat superior since the allegations against them do not state a violation of a clearly established Constitutional right. Saucier v. Katz, 533 U.S. 194 (2001); Siegart v. Gilley, 500 U.S. 226, 330 (1991); Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982).

### D. Defendants Watkins and Weigers Are Entitled to Absolute Immunity Due To Status As Public Health Employees.

Defendants Watkins and Weigers should be dismissed as Defendants.  They have absolute immunity from suit because they are both Public Health Service (PHS) employees.  See Exhibits 2 and 3 at ¶ 2.

PHS employees enjoy absolute immunity from certain medical misconduct claims if their alleged improper behavior occurred within the scope of their offices and during the course of their performance of medical or related functions. Brown v. McElroy, 160 F.Supp.2d 699, 703 (S.D.N.Y. 2001).  See also Cuoco v. Morigitsu, 22 F.3d 99, 107 (2d Cir. 2000); Teresa T. v. Ragaglia, 154 F.Supp.2d 290 (D.Conn. 2001); Navarette v. Vanyur, 110 F.Supp.2d 605 (N.D.Ohio 2000); Lewis v. Sauvey, 708 F.Supp. 167, 169 (E.D.Mich. 1989).

42 U.S.C. § 233(a) of the Public Health Service Act makes

the FTCA the exclusive remedy for specified actions against PHS members. Id. Accordingly, the United States must be substituted as the defendant in the PHS staff member's place. Teresa T., 154 F.Supp. at 300. The Federal Tort Claims Act, 28 U.S.C. § 2675(a) provides that "[a]n action shall not be instituted upon a claim against the United States for money damages for injury ... unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing ...." "[B]ecause the FTCA constitutes a waiver of sovereign immunity, the procedures set forth in §2675 must be adhered to strictly." Keene Corp. v. United States, 700 F.2d 836, 841 (2d Cir. 1983). "Thus failure to file claims for tort damages with the appropriate agency precludes this court from exercising jurisdiction over those claims." Setlech v. United States, 816 F.Supp. 161, 165 (E.D.N.Y. 1993).

As the Chief Pharmacist and Physicians Assistant, respectively, are entitled to absolute immunity because of their status as PHS employees, the complaint should be dismissed as to Defendants Watkins and Wiegers and any actions allegedly attributed to them.


IV.  **Conclusion**

WHEREFORE, for the foregoing reasons, the defendants respectfully request this Court to dismiss the Complaint against

16

them pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject

matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to

state a claim upon which relief may be granted.

Respectfully submitted,

UNITED STATES OF AMERICA,

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

By:    s/s Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
1 Courthouse Way, Ste. 9200
Boston, MA 02210
617-748-3100

## CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                October 25, 2005

    I hereby certify that a true copy of the above document was
served upon the Pro Se plaintiff, John J. Lockovich, 5252 Keeport
Drive, Apt. #2, Pittsburgh, PA 15236, by First Class Mail.

s/s Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney

17

EXHIBIT "1"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN J. LOCKOVICH | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-CV-40051 |
| | ) | |
| SANDRA HOWARD, M.D., et al. | ) | |
| Defendants. | ) | |
| | ) | |

DECLARATION OF STEPHANIE SCANNELL, PARALEGAL SPECIALIST

I, Stephanie Scannell, hereby declare and state as follows:

1.    I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice as a Paralegal Specialist at the Consolidated Legal Center located at the Federal Medical Center (FMC) in Devens, Massachusetts. I have been employed at this position since approximately March 9, 2003, and have been with the BOP since October 6, 2002.

2.    In order to perform my official duties as Paralegal Specialist, I have access to numerous records regarding prisoners maintained in the ordinary course of business at FMC Devens. This information includes documentary records and computerized records maintained on SENTRY, the Bureau of Prisons computerized data base.

3.    I have access to the various databases and files concerning administrative remedy claims filed pursuant to the Administrative Remedy Program, which are maintained by the Bureau of Prisons in the ordinary course of business. In particular, I have access to SENTRY, which maintains a record of all of the administrative remedies filed by an inmate, the dates thereof, and the dispositions. These records reflect every administrative remedy claim filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

4.    In order to exhaust all process under the administrative remedy procedure for inmates, an inmate must first attempt to informally resolve the dispute with institution staff. If informal resolution efforts fail, the inmate may raise his or her complaint to the Warden of the institution in which he or she is confined, within 20 calendar days following the date from which the basis of the complaint occurred. If the Warden denies the Request for Administrative Remedy, the inmate may file an appeal with the Regional Director within 20 calendar days of the date of the Warden's response. If the Regional Director denies the appeal, the inmate may appeal that decision to the General Counsel of the Federal Bureau of Prisons within 30 calendar days from the date of the Regional Director's response. The administrative remedy process is not considered to be "exhausted" until an inmate's final appeal is denied by the Bureau of Prisons General Counsel.

5.    On August 19, 2005, I ran a SENTRY search to determine if inmate John Lockovich, Reg. No. 05656-068, had filed any Administrative Remedies relevant to the allegations in this Complaint. Review of his Administrative Remedy Record revealed that inmate Lockovich has not filed any requests for administrative remedy at any time during his incarceration. A true and accurate copy of the Administrative Remedy Generalized Retrieval for inmate John Lockovich, Reg. No. 05656-068, is attached as **Document 1c**.

6.    Attached hereto please find true and accurate copies of the following documents:

   a.    Admission-Release Data for inmate John Lockovich, Reg. No. 05656-068, dated August 19, 2005;
   b.    Sentence Monitoring Computation Data for inmate John Lockovich, Reg. No. 05656-068, dated August 19, 2005;
   c.    Administrative Remedy Generalized Retrieval for inmate John Lockovich, Reg. No. 05656-068, dated August 19, 2005.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed this 6 day of September, 2005

                                                    Stephanie Scannell
                                                    Paralegal Specialist
                                                    FMC Devens

Page 2 of 2

EXHIBIT "1A"

Case 4:05-cv-40051-FDS    Document 15-2    Filed 10/25/2005    Page 5 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS         FUNCTION: DIS         FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| CPG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-12-2005 1145 | CURRENT |
| 0-C | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-12-2005 1145 | 07-12-2005 1145 |
| 0-C | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-12-2005 0143 | 07-12-2005 1145 |
| ASH | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 07-12-2005 0143 | 07-12-2005 0143 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-06-2005 0337 | 07-12-2005 0143 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-06-2005 0320 | 07-06-2005 0337 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-01-2005 1259 | 07-06-2005 0320 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-01-2005 1052 | 07-01-2005 1259 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-01-2005 0327 | 07-01-2005 1052 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-01-2005 0259 | 07-01-2005 0327 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-29-2005 1006 | 07-01-2005 0259 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-29-2005 1000 | 06-29-2005 1006 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-29-2005 0336 | 06-29-2005 1000 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-29-2005 0302 | 06-29-2005 0336 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-27-2005 0329 | 06-29-2005 0302 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-27-2005 0319 | 06-27-2005 0329 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-24-2005 0148 | 06-27-2005 0319 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-24-2005 0122 | 06-24-2005 0148 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-18-2005 2224 | 06-24-2005 0122 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-18-2005 1831 | 06-18-2005 2224 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-06-2005 0240 | 06-18-2005 1831 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-06-2005 0216 | 06-06-2005 0240 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-02-2005 1035 | 06-06-2005 0216 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-02-2005 0958 | 06-02-2005 1035 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-01-2005 0609 | 06-02-2005 0958 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-01-2005 0544 | 06-01-2005 0609 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-31-2005 2156 | 06-01-2005 0544 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-31-2005 2106 | 05-31-2005 2156 |

G0002          MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-27-2005 1717 | 05-31-2005 2106 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-27-2005 1508 | 05-27-2005 1717 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-27-2005 1037 | 05-27-2005 1508 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-27-2005 0952 | 05-27-2005 1037 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-26-2005 0615 | 05-27-2005 0952 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-26-2005 0549 | 05-26-2005 0615 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-25-2005 0727 | 05-26-2005 0549 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-25-2005 0545 | 05-25-2005 0727 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-23-2005 2221 | 05-25-2005 0545 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-23-2005 2140 | 05-23-2005 2221 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-16-2005 0241 | 05-23-2005 2140 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-16-2005 0210 | 05-16-2005 0241 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-13-2005 1006 | 05-16-2005 0210 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-13-2005 0920 | 05-13-2005 1006 |

G0002        MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS    Document 15-2    Filed 10/25/2005    Page 8 of 52

09-19-2005
13:41:23

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-13-2005 0616 | 05-13-2005 0920 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-13-2005 0548 | 05-13-2005 0616 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-12-2005 0943 | 05-13-2005 0548 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-12-2005 0844 | 05-12-2005 0943 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-12-2005 0636 | 05-12-2005 0844 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-12-2005 0546 | 05-12-2005 0636 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-10-2005 0619 | 05-12-2005 0546 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-10-2005 0546 | 05-10-2005 0619 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-10-2005 0234 | 05-10-2005 0546 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-10-2005 0211 | 05-10-2005 0234 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-06-2005 0219 | 05-10-2005 0211 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-06-2005 0149 | 05-06-2005 0219 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-05-2005 0236 | 05-06-2005 0149 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-05-2005 0158 | 05-05-2005 0236 |

G0002          MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS   Document 15-2   Filed 10/25/2005   Page 9 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-04-2005 0652 | 05-05-2005 0158 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-04-2005 0544 | 05-04-2005 0652 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-04-2005 0235 | 05-04-2005 0544 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-04-2005 0200 | 05-04-2005 0235 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-03-2005 0231 | 05-04-2005 0200 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-03-2005 0202 | 05-03-2005 0231 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-02-2005 0231 | 05-03-2005 0202 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-02-2005 0212 | 05-02-2005 0231 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-29-2005 1131 | 05-02-2005 0212 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-29-2005 0932 | 04-29-2005 1131 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-27-2005 0605 | 04-29-2005 0932 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-27-2005 0551 | 04-27-2005 0605 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-26-2005 0230 | 04-27-2005 0551 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-26-2005 0206 | 04-26-2005 0230 |

G0002        MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS   Document 15-2   Filed 10/25/2005   Page 10 of 52

```
REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-25-2005 0624 | 04-26-2005 0206 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-25-2005 0553 | 04-25-2005 0624 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-22-2005 0605 | 04-25-2005 0553 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-22-2005 0532 | 04-22-2005 0605 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-21-2005 0610 | 04-22-2005 0532 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-21-2005 0540 | 04-21-2005 0610 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-20-2005 2217 | 04-21-2005 0540 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-20-2005 2100 | 04-20-2005 2217 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-19-2005 1641 | 04-20-2005 2100 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-19-2005 1534 | 04-19-2005 1641 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-15-2005 1108 | 04-19-2005 1534 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-15-2005 1001 | 04-15-2005 1108 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-15-2005 0626 | 04-15-2005 1001 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-15-2005 0538 | 04-15-2005 0626 |

```
G0002          MORE PAGES TO FOLLOW . . .
```

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-13-2005 0629 | 04-15-2005 0538 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-13-2005 0557 | 04-13-2005 0629 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-12-2005 0241 | 04-13-2005 0557 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-12-2005 0149 | 04-12-2005 0241 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-08-2005 0235 | 04-12-2005 0149 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-08-2005 0204 | 04-08-2005 0235 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-05-2005 0617 | 04-08-2005 0204 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-05-2005 0551 | 04-05-2005 0617 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-04-2005 0622 | 04-05-2005 0551 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-04-2005 0548 | 04-04-2005 0622 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-01-2005 0528 | 04-04-2005 0548 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-01-2005 0441 | 04-01-2005 0528 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-25-2005 0238 | 04-01-2005 0441 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-25-2005 0205 | 03-25-2005 0238 |

G0002       MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-23-2005 0227 | 03-25-2005 0205 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-23-2005 0153 | 03-23-2005 0227 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-22-2005 0221 | 03-23-2005 0153 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-22-2005 0154 | 03-22-2005 0221 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-15-2005 0854 | 03-22-2005 0154 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-15-2005 0756 | 03-15-2005 0854 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-11-2005 0226 | 03-15-2005 0756 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-11-2005 0208 | 03-11-2005 0226 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-09-2005 0950 | 03-11-2005 0208 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 03-09-2005 0853 | 03-09-2005 0950 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-08-2005 0939 | 03-09-2005 0853 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-08-2005 0900 | 03-08-2005 0939 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-07-2005 1138 | 03-08-2005 0900 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-07-2005 0858 | 03-07-2005 1138 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-07-2005 0228 | 03-07-2005 0858 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-07-2005 0210 | 03-07-2005 0228 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-04-2005 0948 | 03-07-2005 0210 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-04-2005 0852 | 03-04-2005 0948 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-03-2005 0955 | 03-04-2005 0852 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-03-2005 0848 | 03-03-2005 0955 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-02-2005 1246 | 03-03-2005 0848 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 03-02-2005 1130 | 03-02-2005 1246 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-02-2005 1002 | 03-02-2005 1130 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 03-02-2005 0849 | 03-02-2005 1002 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-01-2005 1012 | 03-02-2005 0849 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 03-01-2005 0857 | 03-01-2005 1012 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-01-2005 0536 | 03-01-2005 0857 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-01-2005 0501 | 03-01-2005 0536 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-01-2005 0226 | 03-01-2005 0501 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-01-2005 0210 | 03-01-2005 0226 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-28-2005 1036 | 03-01-2005 0210 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 02-28-2005 0907 | 02-28-2005 1036 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-28-2005 0229 | 02-28-2005 0907 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-28-2005 0210 | 02-28-2005 0229 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-27-2005 1354 | 02-28-2005 0210 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-27-2005 1023 | 02-27-2005 1354 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-25-2005 1253 | 02-27-2005 1023 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-25-2005 0910 | 02-25-2005 1253 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-25-2005 0233 | 02-25-2005 0910 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-25-2005 0213 | 02-25-2005 0233 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-24-2005 1014 | 02-25-2005 0213 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-24-2005 0904 | 02-24-2005 1014 |

G0002      MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS      Document 15-2      Filed 10/25/2005      Page 15 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-23-2005 0948 | 02-24-2005 0904 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 02-23-2005 0900 | 02-23-2005 0948 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-22-2005 1007 | 02-23-2005 0900 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 02-22-2005 0858 | 02-22-2005 1007 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-21-2005 0552 | 02-22-2005 0858 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-21-2005 0455 | 02-21-2005 0552 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-17-2005 1508 | 02-21-2005 0455 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-17-2005 1432 | 02-17-2005 1508 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-17-2005 1037 | 02-17-2005 1432 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-17-2005 1000 | 02-17-2005 1037 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-16-2005 1023 | 02-17-2005 1000 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-16-2005 0950 | 02-16-2005 1023 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-12-2005 1026 | 02-16-2005 0950 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-12-2005 0937 | 02-12-2005 1026 |

G0002          MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS    FUNCTION: DIS    FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-09-2005 1619 | 02-12-2005 0937 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-09-2005 1522 | 02-09-2005 1619 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-07-2005 0238 | 02-09-2005 1522 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-07-2005 0208 | 02-07-2005 0238 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-04-2005 1114 | 02-07-2005 0208 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-04-2005 0949 | 02-04-2005 1114 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-03-2005 1204 | 02-04-2005 0949 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-03-2005 1110 | 02-03-2005 1204 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-03-2005 1040 | 02-03-2005 1110 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-03-2005 0942 | 02-03-2005 1040 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-02-2005 1033 | 02-03-2005 0942 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-02-2005 0937 | 02-02-2005 1033 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-01-2005 0240 | 02-02-2005 0937 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-01-2005 0215 | 02-01-2005 0240 |

G0002    MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS   Document 15-2   Filed 10/25/2005   Page 17 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-28-2005 0858 | 02-01-2005 0215 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 01-28-2005 0749 | 01-28-2005 0858 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-27-2005 0841 | 01-28-2005 0749 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 01-27-2005 0751 | 01-27-2005 0841 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-26-2005 0953 | 01-27-2005 0751 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-26-2005 0907 | 01-26-2005 0953 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-18-2005 1029 | 01-26-2005 0907 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-18-2005 0936 | 01-18-2005 1029 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-14-2005 1024 | 01-18-2005 0936 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-14-2005 0944 | 01-14-2005 1024 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-11-2005 1028 | 01-14-2005 0944 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-11-2005 1001 | 01-11-2005 1028 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-10-2005 1510 | 01-11-2005 1001 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-10-2005 1437 | 01-10-2005 1510 |

G0002       MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS       FUNCTION: DIS       FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-10-2005 0918 | 01-10-2005 1437 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-10-2005 0822 | 01-10-2005 0918 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-10-2005 0526 | 01-10-2005 0822 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-10-2005 0451 | 01-10-2005 0526 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-07-2005 0944 | 01-10-2005 0451 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-07-2005 0904 | 01-07-2005 0944 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-07-2005 0231 | 01-07-2005 0904 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-07-2005 0201 | 01-07-2005 0231 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-06-2005 1044 | 01-07-2005 0201 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-06-2005 0953 | 01-06-2005 1044 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-06-2005 0235 | 01-06-2005 0953 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-06-2005 0211 | 01-06-2005 0235 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-04-2005 1524 | 01-06-2005 0211 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 01-04-2005 1440 | 01-04-2005 1524 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-23-2004 1327 | 01-04-2005 1440 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 12-23-2004 1235 | 12-23-2004 1327 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-02-2004 0522 | 12-23-2004 1235 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 12-02-2004 0438 | 12-02-2004 0522 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-01-2004 0232 | 12-02-2004 0438 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 12-01-2004 0202 | 12-01-2004 0232 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-24-2004 0227 | 12-01-2004 0202 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-24-2004 0203 | 11-24-2004 0227 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-22-2004 0227 | 11-24-2004 0203 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-22-2004 0206 | 11-22-2004 0227 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-21-2004 0659 | 11-22-2004 0206 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-21-2004 0647 | 11-21-2004 0659 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-18-2004 1517 | 11-21-2004 0647 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-18-2004 1448 | 11-18-2004 1517 |

G0002          MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS      FUNCTION: DIS      FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-18-2004 1022 | 11-18-2004 1448 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-18-2004 0951 | 11-18-2004 1022 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-05-2004 1142 | 11-18-2004 0951 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-05-2004 1004 | 11-05-2004 1142 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-05-2004 0237 | 11-05-2004 1004 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-05-2004 0204 | 11-05-2004 0237 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-04-2004 1444 | 11-05-2004 0204 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 11-04-2004 1428 | 11-04-2004 1444 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-04-2004 1426 | 11-04-2004 1428 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-04-2004 1042 | 11-04-2004 1426 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-03-2004 0526 | 11-04-2004 1042 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 11-03-2004 0446 | 11-03-2004 0526 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-29-2004 0926 | 11-03-2004 0446 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-29-2004 0824 | 10-29-2004 0926 |

G0002      MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS    Document 15-2    Filed 10/25/2005    Page 21 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS      FUNCTION: DIS      FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-29-2004 0226 | 10-29-2004 0824 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-29-2004 0152 | 10-29-2004 0226 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-27-2004 0919 | 10-29-2004 0152 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-27-2004 0844 | 10-27-2004 0919 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-27-2004 0529 | 10-27-2004 0844 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-27-2004 0444 | 10-27-2004 0529 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-26-2004 1001 | 10-27-2004 0444 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-26-2004 0908 | 10-26-2004 1001 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-25-2004 0900 | 10-26-2004 0908 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-25-2004 0800 | 10-25-2004 0900 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-21-2004 1202 | 10-25-2004 0800 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-21-2004 1021 | 10-21-2004 1202 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-21-2004 0524 | 10-21-2004 1021 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-21-2004 0447 | 10-21-2004 0524 |

G0002      MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS    Document 15-2    Filed 10/25/2005    Page 22 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-18-2004 0915 | 10-21-2004 0447 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-18-2004 0831 | 10-18-2004 0915 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-15-2004 1007 | 10-18-2004 0831 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-15-2004 0942 | 10-15-2004 1007 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-15-2004 0237 | 10-15-2004 0942 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-15-2004 0156 | 10-15-2004 0237 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-14-2004 1005 | 10-15-2004 0156 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-14-2004 0902 | 10-14-2004 1005 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-14-2004 0528 | 10-14-2004 0902 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-14-2004 0500 | 10-14-2004 0528 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-13-2004 0725 | 10-14-2004 0500 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-13-2004 0659 | 10-13-2004 0725 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-12-2004 1623 | 10-13-2004 0659 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-12-2004 1536 | 10-12-2004 1623 |

G0002          MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-12-2004 1142 | 10-12-2004 1536 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-12-2004 1047 | 10-12-2004 1142 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-08-2004 0229 | 10-12-2004 1047 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-08-2004 0218 | 10-08-2004 0229 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-07-2004 0529 | 10-08-2004 0218 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-07-2004 0506 | 10-07-2004 0529 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-05-2004 1147 | 10-07-2004 0506 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-05-2004 1055 | 10-05-2004 1147 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-04-2004 1042 | 10-05-2004 1055 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-04-2004 1020 | 10-04-2004 1042 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-01-2004 0216 | 10-04-2004 1020 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-01-2004 0143 | 10-01-2004 0216 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-29-2004 0218 | 10-01-2004 0143 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 09-29-2004 0200 | 09-29-2004 0218 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES     | DESIGNATED, AT ASSIGNED FACIL | 09-28-2004 1135 | 09-29-2004 0200 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE      | 09-28-2004 1008 | 09-28-2004 1135 |
| ASH | A-DES     | DESIGNATED, AT ASSIGNED FACIL | 09-22-2004 0213 | 09-28-2004 1008 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE      | 09-22-2004 0142 | 09-22-2004 0213 |
| ASH | A-DES     | DESIGNATED, AT ASSIGNED FACIL | 09-21-2004 1448 | 09-22-2004 0142 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE      | 09-21-2004 1319 | 09-21-2004 1448 |
| ASH | A-DES     | DESIGNATED, AT ASSIGNED FACIL | 09-20-2004 1259 | 09-21-2004 1319 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE      | 09-20-2004 1136 | 09-20-2004 1259 |
| ASH | A-DES     | DESIGNATED, AT ASSIGNED FACIL | 09-16-2004 0222 | 09-20-2004 1136 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE      | 09-16-2004 0147 | 09-16-2004 0222 |
| ASH | A-DES     | DESIGNATED, AT ASSIGNED FACIL | 09-14-2004 0225 | 09-16-2004 0147 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE      | 09-14-2004 0208 | 09-14-2004 0225 |
| ASH | A-DES     | DESIGNATED, AT ASSIGNED FACIL | 09-08-2004 0222 | 09-14-2004 0208 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE      | 09-08-2004 0148 | 09-08-2004 0222 |

G0002          MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-07-2004 1347 | 09-08-2004 0148 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 09-07-2004 1256 | 09-07-2004 1347 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-07-2004 0224 | 09-07-2004 1256 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 09-07-2004 0212 | 09-07-2004 0224 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-01-2004 1117 | 09-07-2004 0212 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 09-01-2004 1040 | 09-01-2004 1117 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-01-2004 0208 | 09-01-2004 1040 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 09-01-2004 0146 | 09-01-2004 0208 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-31-2004 0517 | 09-01-2004 0146 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-31-2004 0501 | 08-31-2004 0517 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-31-2004 0232 | 08-31-2004 0501 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-31-2004 0149 | 08-31-2004 0232 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-30-2004 1526 | 08-31-2004 0149 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-30-2004 1454 | 08-30-2004 1526 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS      FUNCTION: DIS     FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-30-2004 0508 | 08-30-2004 1454 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-30-2004 0453 | 08-30-2004 0508 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-30-2004 0225 | 08-30-2004 0453 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-30-2004 0208 | 08-30-2004 0225 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-27-2004 0520 | 08-30-2004 0208 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-27-2004 0458 | 08-27-2004 0520 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-26-2004 0520 | 08-27-2004 0458 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-26-2004 0452 | 08-26-2004 0520 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-25-2004 2248 | 08-26-2004 0452 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-25-2004 2108 | 08-25-2004 2248 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-24-2004 0234 | 08-25-2004 2108 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-24-2004 0205 | 08-24-2004 0234 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-16-2004 0220 | 08-24-2004 0205 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-16-2004 0206 | 08-16-2004 0220 |

G0002         MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS     Document 15-2     Filed 10/25/2005     Page 27 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-09-2004 1628 | 08-16-2004 0206 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 08-09-2004 1512 | 08-09-2004 1628 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-28-2004 1414 | 08-09-2004 1512 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-28-2004 1315 | 07-28-2004 1414 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-28-2004 0513 | 07-28-2004 1315 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-28-2004 0445 | 07-28-2004 0513 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-27-2004 1200 | 07-28-2004 0445 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-27-2004 1008 | 07-27-2004 1200 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-26-2004 1029 | 07-27-2004 1008 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-26-2004 0956 | 07-26-2004 1029 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-21-2004 0220 | 07-26-2004 0956 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-21-2004 0149 | 07-21-2004 0220 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-20-2004 1021 | 07-21-2004 0149 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-20-2004 0951 | 07-20-2004 1021 |

G0002          MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-19-2004 0225 | 07-20-2004 0951 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-19-2004 0201 | 07-19-2004 0225 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-14-2004 1618 | 07-19-2004 0201 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-14-2004 1507 | 07-14-2004 1618 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-13-2004 0530 | 07-14-2004 1507 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-13-2004 0441 | 07-13-2004 0530 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-07-2004 1039 | 07-13-2004 0441 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-07-2004 1015 | 07-07-2004 1039 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-07-2004 0515 | 07-07-2004 1015 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-07-2004 0446 | 07-07-2004 0515 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-02-2004 0208 | 07-07-2004 0446 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 07-02-2004 0144 | 07-02-2004 0208 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-30-2004 1615 | 07-02-2004 0144 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-30-2004 1456 | 06-30-2004 1615 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-30-2004 0526 | 06-30-2004 1456 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-30-2004 0441 | 06-30-2004 0526 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-22-2004 0533 | 06-30-2004 0441 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-22-2004 0445 | 06-22-2004 0533 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-21-2004 0710 | 06-22-2004 0445 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-21-2004 0616 | 06-21-2004 0710 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-21-2004 0235 | 06-21-2004 0616 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-21-2004 0202 | 06-21-2004 0235 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-14-2004 0224 | 06-21-2004 0202 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 06-14-2004 0207 | 06-14-2004 0224 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-20-2004 1211 | 06-14-2004 0207 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-20-2004 1211 | 05-20-2004 1320 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-19-2004 0229 | 05-20-2004 1211 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-19-2004 0202 | 05-19-2004 0229 |

G0002          MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS    Document 15-2    Filed 10/25/2005    Page 30 of 52
INMATE HISTORY

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-18-2004 0527 | 05-19-2004 0202 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-18-2004 0458 | 05-18-2004 0527 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-18-2004 0204 | 05-18-2004 0458 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-18-2004 0144 | 05-18-2004 0204 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-17-2004 1533 | 05-18-2004 0144 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-17-2004 1448 | 05-17-2004 1533 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-17-2004 1326 | 05-17-2004 1448 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-17-2004 1156 | 05-17-2004 1326 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-14-2004 1343 | 05-17-2004 1156 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-14-2004 1203 | 05-14-2004 1343 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-13-2004 0214 | 05-14-2004 1203 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-13-2004 0159 | 05-13-2004 0214 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-07-2004 0455 | 05-13-2004 0159 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-07-2004 0446 | 05-07-2004 0455 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS         FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|------------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-07-2004 0228 | 05-07-2004 0446 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-07-2004 0213 | 05-07-2004 0228 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-05-2004 0215 | 05-07-2004 0213 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 05-05-2004 0207 | 05-05-2004 0215 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-03-2004 0928 | 05-03-2004 1157 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-28-2004 0507 | 05-03-2004 0928 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-28-2004 0458 | 04-28-2004 0507 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-27-2004 0500 | 04-28-2004 0458 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-27-2004 0452 | 04-27-2004 0500 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-23-2004 0211 | 04-27-2004 0452 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-23-2004 0155 | 04-23-2004 0211 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-16-2004 0506 | 04-23-2004 0155 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-16-2004 0447 | 04-16-2004 0506 |

G0002        MORE PAGES TO FOLLOW . . .

Case 4:05-cv-40051-FDS    Document 15-2    Filed 10/25/2005    Page 32 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS       FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-15-2004 0217 | 04-16-2004 0447 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-15-2004 0159 | 04-15-2004 0217 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-06-2004 0206 | 04-15-2004 0159 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-06-2004 0204 | 04-06-2004 0206 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-02-2004 0501 | 04-06-2004 0204 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 04-02-2004 0453 | 04-02-2004 0501 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-31-2004 0517 | 04-02-2004 0453 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 03-31-2004 0506 | 03-31-2004 0517 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-27-2004 1251 | 03-31-2004 0506 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-27-2004 0908 | 02-27-2004 1251 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-25-2004 1159 | 02-27-2004 0908 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-25-2004 1127 | 02-25-2004 1159 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-13-2004 1134 | 02-25-2004 1127 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-13-2004 0805 | 02-13-2004 1134 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-12-2004 2212 | 02-13-2004 0805 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-12-2004 2139 | 02-12-2004 2212 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-05-2004 1357 | 02-12-2004 2139 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 02-05-2004 1224 | 02-05-2004 1357 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-23-2003 0212 | 02-05-2004 1224 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 12-23-2003 0152 | 12-23-2003 0212 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-22-2003 1631 | 12-23-2003 0152 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 12-22-2003 1441 | 12-22-2003 1631 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-24-2003 0850 | 12-22-2003 1441 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 10-24-2003 0744 | 10-24-2003 0850 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-29-2003 1237 | 10-24-2003 0744 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 09-29-2003 0533 | 09-29-2003 1237 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-16-2003 1105 | 09-29-2003 0533 |
| ASH | OTHER ABS | OTHER AUTHORIZED ABSENCE | 09-16-2003 0915 | 09-16-2003 1105 |

G0002        MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS       FUNCTION: DIS      FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-07-2003 1352 | 09-16-2003 0915 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-03-2003 2222 | 05-07-2003 1352 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-26-2002 0811 | 05-03-2003 2222 |
| 7-F | RELEASE | RELEASED FROM IN-TRANSIT FACL | 11-26-2002 0811 | 11-26-2002 0811 |
| 7-F | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 11-25-2002 0739 | 11-26-2002 0811 |
| DEV | FURL TR NC | FURL W/UNESCORT TRF NOT TO CCC | 11-25-2002 0739 | 11-25-2002 0739 |
| DEV | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-31-2002 1409 | 11-25-2002 0739 |
| DEV | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 07-31-2002 1221 | 07-31-2002 1409 |
| DEV | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-25-2002 1127 | 07-31-2002 1221 |
| DEV | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 06-25-2002 0839 | 06-25-2002 1127 |
| DEV | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-25-2002 2223 | 06-25-2002 0839 |
| DEV | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 03-23-2002 1234 | 03-25-2002 2223 |
| DEV | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-15-2002 1526 | 03-23-2002 1234 |
| 2-A | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-15-2002 1526 | 03-15-2002 1526 |

G0002        MORE PAGES TO FOLLOW . . .

```
REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS        FUNCTION: DIS         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| 2-A | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-17-2002 1535 | 03-15-2002 1526 |
| CPG | ADMIN REL | ADMINISTRATIVE RELEASE | 01-17-2002 1535 | 01-17-2002 1535 |
| CPG | A-ADMIN | ADMINISTRATIVE ADMISSION | 01-17-2002 1533 | 01-17-2002 1535 |
| ASH | GCT REL | GOOD CONDUCT TIME REL (CCCA) | 02-04-1998 1138 | 01-17-2002 1533 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-12-1998 1632 | 02-04-1998 1138 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 01-12-1998 1323 | 01-12-1998 1632 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-29-1997 1108 | 01-12-1998 1323 |
| 3-E | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-29-1997 1108 | 10-29-1997 1108 |
| 3-E | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-29-1997 0839 | 10-29-1997 1108 |
| LEX | TRANSFER | TRANSFER | 10-29-1997 0839 | 10-29-1997 0839 |
| LEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-11-1997 1205 | 10-29-1997 0839 |
| LEX | ESCORT TRP | ESC TRIP OTHER THAN LOCAL HOSP | 06-10-1997 0818 | 06-11-1997 1205 |
| LEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-24-1997 2053 | 06-10-1997 0818 |
| LEX | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-20-1997 1737 | 05-24-1997 2053 |

```
G0002         MORE PAGES TO FOLLOW . . .
```

Case 4:05-cv-40051-FDS     Document 15-2     Filed 10/25/2005     Page 36 of 52

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS          FUNCTION: DIS          FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-13-1997 1138 | 05-20-1997 1737 |
| O-C | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-13-1997 1138 | 05-13-1997 1138 |
| O-C | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-13-1997 0721 | 05-13-1997 1138 |
| ASH | TRANSFER | TRANSFER | 05-13-1997 0721 | 05-13-1997 0721 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-13-1997 0720 | 05-13-1997 0721 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-06-1997 2315 | 05-13-1997 0720 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-02-1997 1315 | 05-06-1997 2315 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 04-25-1997 1809 | 05-02-1997 1315 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-11-1997 1745 | 04-25-1997 1809 |
| ASH | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 04-11-1997 1513 | 04-11-1997 1745 |
| ASH | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-13-1997 1211 | 04-11-1997 1513 |
| 3-E | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-13-1997 1211 | 03-13-1997 1211 |
| 3-E | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-13-1997 0911 | 03-13-1997 1211 |
| LEX | TRANSFER | TRANSFER | 03-13-1997 0911 | 03-13-1997 0911 |

G0002          MORE PAGES TO FOLLOW . . .

REG NO..: 05656-068 NAME....: LOCKOVICH, JOHN
CATEGORY: ARS         FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-21-1997 1438 | 03-13-1997 0911 |
| LEX | ESCORT TRP | ESC TRIP OTHER THAN LOCAL HOSP | 01-21-1997 1033 | 01-21-1997 1438 |
| LEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-03-1996 1701 | 01-21-1997 1033 |
| 3-V | RELEASE | RELEASED FROM IN-TRANSIT FACL | 12-03-1996 1701 | 12-03-1996 1701 |
| 3-V | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 11-07-1996 1701 | 12-03-1996 1701 |
| MRG | HLD REMOVE | HOLDOVER REMOVED | 11-07-1996 1701 | 11-07-1996 1701 |
| MRG | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 11-07-1996 1043 | 11-07-1996 1701 |
| 2-A | RELEASE | RELEASED FROM IN-TRANSIT FACL | 11-07-1996 1043 | 11-07-1996 1043 |
| 2-A | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 11-06-1996 1355 | 11-07-1996 1043 |
| CPG | ADMIN REL | ADMINISTRATIVE RELEASE | 11-06-1996 1355 | 11-06-1996 1355 |
| CPG | A-ADMIN | ADMINISTRATIVE ADMISSION | 11-06-1996 1354 | 11-06-1996 1355 |

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

EXHIBIT "1B"

```
    DEVAA  540*23 *            SENTENCE MONITORING              *     08-19-2005
  PAGE 001          *          COMPUTATION DATA                 *     13:40:25
                               AS OF 08-19-2005

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN


FBI NO...........: 180527L3              DATE OF BIRTH: 10-30-1947
ARS1.............: CPG/A-DES
UNIT.............:                        QUARTERS.....:
DETAINERS........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 09-09-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 11-18-2005 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ---------------------
COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: CR01-00196-001
JUDGE...........................: BLOCH
DATE SENTENCED/PROBATION IMPOSED: 03-07-2002
DATE COMMITTED..................: 03-15-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00         $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $32,923.21

---------------------CURRENT OBLIGATION NO: 010 ---------------------
OFFENSE CODE....: 281
OFF/CHG: T18:1014 SUBMITTING A FALSE LOAN APPLICATION TO AN FDIC
         INSURED FINANCIAL INSTITUTION

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   27 MONTHS
TERM OF SUPERVISION............:    5 YEARS
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....: CS TO 020
DATE OF OFFENSE................: 10-29-1999




G0002      MORE PAGES TO FOLLOW . . .
```

```
DEVAA   540*23  *           SENTENCE MONITORING          *     08-19-2005
PAGE 002          *           COMPUTATION DATA            *     13:40:25
                              AS OF 08-19-2005

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN


------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 10-01-2004 AT ASH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 12-04-2003
TOTAL TERM IN EFFECT............:   27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 10-29-1999

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 105
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 11-18-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-03-2006


PROJECTED SATISFACTION DATE.....: 11-18-2005
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: JUDGEMENT ORDERED TO RUN CONSECUTIVE TO TERM OF IMPRISONMENT
                IMPOSED ON 12/17/01.




G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVAA  540*23 *          SENTENCE MONITORING           *    08-19-2005
 PAGE 003        *          COMPUTATION DATA             *    13:40:25
                            AS OF 12-04-2003

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN


FBI NO...........:                    DATE OF BIRTH: 10-30-1947
ARS1.............: CPG/A-DES
UNIT.............:                     QUARTERS.....:
DETAINERS........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-04-2003 VIA GCT REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 ----------------------
COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 2:CR 95-163
JUDGE...........................: CINDRICH
DATE SENTENCED/PROBATION IMPOSED: 10-24-1996
DATE SUPERVISION REVOKED........: 12-17-2001
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 03-15-2002
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $50.00         $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $3,600.00

------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  820
OFF/CHG: T18:1343 WIRE FRAUD

  SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
  SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
  DATE OF OFFENSE................: 01-31-1994




G0002      MORE PAGES TO FOLLOW . . .
```

```
   DEVAA  540*23 *              SENTENCE MONITORING           *    08-19-2005
PAGE 004              *          COMPUTATION DATA             *    13:40:25
                                AS OF 12-04-2003

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN


----------------------------PRIOR COMPUTATION NO: 020 ----------------------------

COMPUTATION 020 WAS LAST UPDATED ON 05-30-2002 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 03-08-2002
TOTAL TERM IN EFFECT............:   24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS
EARLIEST DATE OF OFFENSE........: 01-31-1994

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 94
STATUTORY RELEASE DATE PROJECTED: 12-04-2003
SIX MONTH /10% DATE.............: 10-03-2003
EXPIRATION FULL TERM DATE.......: 03-07-2004


ACTUAL SATISFACTION DATE........: 12-04-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: ASH
ACTUAL SATISFACTION KEYED BY....: THE

DAYS REMAINING..................: 94
FINAL PUBLIC LAW DAYS...........: 0

                  INMATE V/S TO USM ON 3/8/02 AND WAS DELIVERED TO FMC DEVENS
                  ON 3/15/02.





G0002      MORE PAGES TO FOLLOW . . .
```

```
  DEVAA   540*23 *              SENTENCE MONITORING           *     08-19-2005
PAGE 005              *         COMPUTATION DATA              *     13:40:25
                                AS OF 02-04-1998

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN


FBI NO...........: 180527L3              DATE OF BIRTH: 10-30-1947
ARS1.............: CPG/A-DES
UNIT.............:                        QUARTERS.....:
DETAINERS........: YES                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-04-1998 VIA GCT REL

REMARKS.........: DETAINER:  PA DOC.  WIRE FRAUD.  24 MOS CS TO FED SENTENCE.

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------
COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 2:95CR00163-001
JUDGE...........................: CINDRICH
DATE SENTENCED/PROBATION IMPOSED: 10-24-1996
DATE COMMITTED..................: 12-03-1996
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $50.00         $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $3,600.00

--------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 820
OFF/CHG: 18:1343  WIRE FRAUD

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    18 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 01-31-1994




G0002       MORE PAGES TO FOLLOW . . .
```

```
  DEVAA  540*23 *              SENTENCE MONITORING            *     08-19-2005
PAGE 006 OF 006 *               COMPUTATION DATA              *     13:40:25
                                 AS OF 02-04-1998

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN


-------------------------PRIOR COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-03-1998 AT ASH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 10-24-1996
TOTAL TERM IN EFFECT............:    18 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS        6 MONTHS
EARLIEST DATE OF OFFENSE........: 01-31-1994

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     02-09-1996    02-09-1996
                                     10-17-1996    10-23-1996

TOTAL PRIOR CREDIT TIME.........: 8
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 70
TOTAL GCT EARNED................: 70
STATUTORY RELEASE DATE PROJECTED: 02-04-1998
SIX MONTH /10% DATE.............: 12-20-1997
EXPIRATION FULL TERM DATE.......: 04-15-1998


ACTUAL SATISFACTION DATE........: 02-04-1998
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: ASH
ACTUAL SATISFACTION KEYED BY....: GJD

DAYS REMAINING..................: 70
FINAL PUBLIC LAW DAYS...........: 0




C0000       TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT "1C"

Case 4:05-cv-40051-FDS   Document 15-2   Filed 10/25/2005   Page 46 of 52

```
         FUNCTION: LST SCOPE: REG    EQ 05656-068    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _         RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       _____       _____       _____       _____
TRACK:  DEPT: _____       _____       _____       _____       _____
       PERSON: _____       _____       _____       _____       _____
         TYPE: ____       _____       _____       _____       _____
EVNT FACL: EQ ____       _____       _____       _____       _____
RCV FACL.: EQ ____       _____       _____       _____       _____
RCV UN/LC: EQ ____       _____       _____       _____       _____
RCV QTR..: EQ _____       _____       _____       _____       _____
ORIG FACL: EQ ____       _____       _____       _____       _____
ORG UN/LC: EQ ____       _____       _____       _____       _____
ORIG QTR.: EQ _____       _____       _____       _____       _____


G5152       NO REMEDY DATA EXISTS FOR THIS INMATE
```

EXHIBIT "2"

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN J. LOCKOVICH,<br>Plaintiff, | : <br> : <br> : <br> : |
| v. | : Civil Action No. 05-40051 (RWZ) |
| | : |
| DR. SANDRA HOWARD, ET. AL.,<br>Defendants. | : <br> : |

## DECLARATION OF JAMES N. WATKINS, JR., R.Ph.

I, James N. Watkins, Jr., R.Ph., hereby declare and state as follows:

1.    I am assigned as a Chief Pharmacist in the Federal Bureau of Prisons at the Federal Medical Center (FMC) Devens, Massachusetts, and have held this position at all times relevant to the complaint.

2.    I am an employee of the Commissioned Corps of United States Public Health Service. I have been assigned as a Pharmacist in Federal Bureau of Prisons' institutions since approximately May, 1991. See attached Appointment and Call to Active Duty.

3.    On or about June 13, 2005, I was served with a copy of the complaint from the United States Marshals Service, United States District Court for the District of Massachusetts.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this ___ day of August, 2005.

                                                            James N. Watkins, Jr., R.Ph.
                                                            Chief Pharmacist
                                                            Federal Bureau of Prisons
                                                            Federal Medical Center
                                                            Devens, Massachusetts

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
5600 FISHERS LANE, ROCKVILLE, MD., 20857

PERSONNEL ORDER NUMBER 1106.123                                          04-16-91
APPOINTMENT AND CALL TO ACTIVE DUTY              EFF: 05-06-91           NOA: 1012


WATKINS JR, JAMES N.                    PHS#: 60119
730-S WALNUT FOREST ROAD                SSAN: 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
WINSTON-SALEM  NC 27103                 DOB:  03-19-65
                                        SEX:  M
PERM GRADE: O-1  JR.ASSISTANT PHARMACIST
TEMP GRADE: O-2 (LT JG) ASSISTANT PHARMACIST
CATEGORY: PHARMACIST            CORPS: RESERVE ACTIVE


APPT DATE: 05-06-91        CALL TO ACTIVE DUTY: 05-06-91
HOME OF RECORD: CLEARWATER        FL
ON CAD DATE WILL PROCEED FROM: WINSTON-SALEM  NC 27103
REPORT TO NEW DUTY STATION NOT LATER THAN 0900 HOURS ON 05-03-91
NEW ORGANIZATION:
HRSA, BHCDA, DIV OF FED OCCPTL & BENEFICIARY HLTH SERVS, PRISON SERVICES
HOSP, FED CORRECTIONAL INSTN, MILAN, MI
   ADMINISTRATIVE CODE: HBCA-4FZOG
STATION: HLTH SVCS UNIT
           PO BOX 9999, ARKONA RD, MILAN, MI 48106
GEOGRAPHIC CODE: 263250115
BDN: 08HB064  TITLE: CHIEF PHARMACIST (S-M.H./M.H.C.)
TED: 07-01-84  BPED: 05-06-91
RED: 05-06-91
YEARS OF SERVICE FOR PAY: UNDER 2 YEARS
DECLINED PARTICIPATION IN CHAPTER 30, NEW G.I. BILL


CAN(PAY): 13910395        ACCT PT(PAY): 30       C/A#: 92728
CAN(TVL): 13910381        ACCT PT(TVL): 30


YOU ARE PLACED ON GENERAL LIMITED TOUR OF DUTY NOT TO EXCEED 05-05-94
(CCPM 23.3, INST. 8) AND IN PROBATIONARY STATUS (CCPM 23.7, INST. 1)
DURING THIS PERIOD, WITH THE FOLLOWING MODIFICATION(S) AS SHOWN BELOW.
OCP-BASED LIMITED TOUR OF DUTY NOT TO EXCEED 05/04/94, UNLESS
EXTENDED BEFORE THAT DATE BY PERSONNEL ORDER.
SEPARATION TRAVEL AND TRANSPORTATION ENTITLEMENTS WILL BE DETERMINED AND
AUTHORIZED (VIA AN AMENDMENT TO THIS ORDER AT THE TIME OF SEPARATION).
DETAILED UNDER PROVISIONS OF SEC. 214(A) OF THE PHS ACT.



OFFICIAL    *Richard J. Bertini*    : BY DIRECTION OF THE SURGEON GENERAL



DIRECTOR
  DIVISION OF COMMISSIONED PERSONNEL

EXHIBIT "3"

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN J. LOCKOVICH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-40051 (RWZ) |
| | : | |
| DR. SANDRA HOWARD, ET. AL., | : | |
| Defendants. | : | |

## DECLARATION OF DARIN WIEGERS

I, Darin Wiegers, hereby declare and state as follows:

1.   I was assigned as a Mid-Level Practitioner in the Federal Bureau of Prisons at the Federal Medical Center (FMC) Devens, Massachusetts, and have held this position from January 14, 2001 through September 14, 2003.

2.   I have been an employee of the Commissioned Corps of United States Public Health Service as a Health Services Officer since March 1, 2001 and at all times relevant to this complaint. See attached Appointment and Call to Active Duty. I am currently assigned as a Consumer Safety Officer for the Food and Drug Administration and have been in this position since September 15, 2003.

3.   I have not been served with a copy of the complaint from the United States Marshals Service, United States District Court for the District of Massachusetts.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 29th day of August, 2005.

Darin Wiegers
Consumer Safety Officer
Food and Drug Administration
Stoneham, Massachusetts

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
5600 FISHERS LANE, ROCKVILLE, MD., 20857

PERSONNEL ORDER NUMBER 1058.183                      02-27-01
APPOINTMENT AND CALL TO ACTIVE DUTY      EFF: 03-01-01    NOA: 1012

WIEGERS, DARIN S.                 PHS#: 67616
434 CENTER STREET                 SSAN: 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
SOUTH EASTON    MA 02375          DOB:  04-24-73
                                  SEX:  M
PERM GRADE: O-1  JR.ASSISTANT  HEALTH SERVICES OFFICER
TEMP GRADE: O-2 (LT JG) ASSISTANT HEALTH SERVICES OFFICER
CATEGORY: HEALTH SERVICES OFFICER      CORPS: RESERVE ACTIVE

APPT DATE: 03-01-01        CALL TO ACTIVE DUTY: 03-01-01
HOME OF RECORD: MOLINE         MI
ON CAD DATE WILL PROCEED FROM: SOUTH EASTERN  MA 02375
REPORT TO NEW DUTY STATION NOT LATER THAN 0900 HOURS ON 03-02-01
NEW ORGANIZATION:
OFFICE OF OPERATIONS & MANAGEMENT, PRISON HEALTH SERV, DETAILED TO BPMP,
PHS SERVICES REGION 1, FEDERAL MEDICAL CENTER (DEVENS), AYER, MA
   ADMINISTRATIVE CODE: RC36A105
STATION: FEDERAL MEDICAL CENTER        MS: HLTH SV UN
        P.O. BOX 880, AYER, MA 01432
GEOGRAPHIC CODE: 250060017
BDN: 11CC104   TITLE: PHYSICIAN ASSISTANT ADVANCED
TED: 01-01-97  BPED: 03-01-01
RED: 03-01-01  DIEMS: 03-01-01
YEARS OF SERVICE FOR PAY: UNDER 2  YEARS
DECLINED PARTICIPATION IN CHAPTER 30, NEW G.I. BILL

CAN(PAY): 13910563      ACCT PT(PAY): 30      D/A#: 92583
CAN(TVL): 13910563      ACCT PT(TVL): 30

JOINT FEDERAL TRAVEL REGULATIONS
TRAVEL DIRECTED AS NECESSARY
PERMANENT CHANGE OF STATION
PRIVATELY OWNED CONVEYANCE IS AUTHORIZED
SERVING OBLIGATED SELECTIVE SERVICE ACTIVE DUTY
ALL RESERVE CORPS OFFICERS ARE IN PROBATIONARY STATUS FOR THREE YEARS
FOLLOWING EACH CALL TO DUTY (CCPM 23.7, INST.1).

DETAILED UNDER PROVISIONS OF SEC. 214(A) OF THE PHS ACT.

OFFICIAL    *Robert R. Miller*         BY DIRECTION OF THE SURGEON GENERAL

ACTING DIRECTOR
   DIVISION OF COMMISSIONED PERSONNEL