

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

May 2, 2006

Clerk's Office
U.S. District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA   01103

      Re:    Lockovich v. Howard, C.A. No. 05-40051-FDS

Dear Sir or Madam:

      Pursuant to the Court's Order, attached please find the Declaration of Stephanie Scannell, Paralegal Specialist.  The delay in filing this Declaration was due to a clerical error within the United States Attorney's Office.  I apologize for any inconvenience to the Court.

      Very truly yours,

      /s/ Rayford A. Farquhar
      Rayford A. Farquhar
      Assistant U.S. Attorney

RAF/ejs

Enclosure

cc:    John J. Lockovich