UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN J. LOCKOVICH )
    Plaintiff, )
 )
v. ) Civ. Action No. 05-CV-40051
 )
SANDRA HOWARD, M.D., et al. )
    Defendants. )
 )

### DECLARATION OF STEPHANIE SCANNELL, PARALEGAL SPECIALIST

I, Stephanie Scannell, hereby declare and state as follows:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice as a Paralegal Specialist at the Consolidated Legal Center located at the Federal Medical Center (FMC) in Devens, Massachusetts. I have been employed at this position since approximately March 9, 2003, and have been with the BOP since October 6, 2002.

2. In order to perform my official duties as Paralegal Specialist, I have access to numerous records regarding prisoners maintained in the ordinary course of business at FMC Devens. This information includes documentary records and computerized records maintained on SENTRY, the Bureau of Prisons computerized data base.

3. I provide this additional declaration to update the Court on the current status of Plaintiff's administrative remedy history, as well as his current placement.

4. On April 4, 2006, I ran a SENTRY search to determine the current status of inmate John Lockovich, Reg. No. 05656-068, and whether he was still in the custody of the Bureau of Prisons. Review of his Public Information Data reveals that he was placed on home confinement on October 20, 2005. He was subsequently released from Bureau of Prisons' custody on November 18, 2005, his good conduct time sentence satisfaction date. A copy of the current Public Information Data for inmate John Lockovich, Reg. No. 05656-068, is attached as **Document 1a**.

5.  On April 3, 2006, I ran a SENTRY search to determine if inmate John Lockovich, Reg. No. 05656-068, had filed any Administrative Remedies relevant to the allegations in this Complaint. Review of his Administrative Remedy Record revealed that inmate Lockovich did not file any requests for administrative remedy at any time during his incarceration. A true and accurate copy of the Administrative Remedy Generalized Retrieval for inmate John Lockovich, Reg. No. 05656-068, is attached as **Document 1b**.

6.  Attached hereto please find true and accurate copies of the following documents:

    a.  Public Information Data for inmate John Lockovich, Reg. No. 05656-068, dated April 4, 2006;
    b.  Administrative Remedy Generalized Retrieval for inmate John Lockovich, Reg. No. 05656-068, dated April 3, 2006.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed this 4th day of April, 2006

Stephanie Scannell
Paralegal Specialist
FMC Devens

# DOCUMENT 1a

```
   DEVAA               *          PUBLIC INFORMATION         *      04-04-2006
   PAGE 001            *             INMATE DATA             *      09:19:36
                                  AS OF 04-04-2006

   REGNO..: 05656-068 NAME: LOCKOVICH, JOHN

                          RESP OF: CPG / GOOD CONDUCT TIME RELEASE
                          PHONE..: 412-395-4740    FAX: 412-395-4730
                                                   RACE/SEX...: WHITE / MALE
   FBI NUMBER.: 180527L3                           DOB/AGE....: 10-30-1947 / 58
   ACTUAL RELEASE METH.: GCT REL
   ACTUAL RELEASE DATE.: 11-18-2005
   ------------------------------- ADMIT/RELEASE HISTORY ----------------------------
   FCL     ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
   CPG     GCT REL    GOOD CONDUCT TIME REL (CCCA)    11-18-2005 0807 CURRENT
   CPG     A-HC SENT  HOME CONFINEMENT-SENTENCED      10-20-2005 1815 11-18-2005 0807
   2-A     RELEASE    RELEASED FROM IN-TRANSIT FACL   10-20-2005 1815 10-20-2005 1815
   2-A     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  10-20-2005 1813 10-20-2005 1815
   CPG     TRANSFER   TRANSFER                        10-20-2005 1813 10-20-2005 1813
   CPG     A-DES      DESIGNATED, AT ASSIGNED FACIL   07-12-2005 1145 10-20-2005 1813
   0-C     RELEASE    RELEASED FROM IN-TRANSIT FACL   07-12-2005 1145 07-12-2005 1145
   0-C     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  07-12-2005 0143 07-12-2005 1145
   ASH     FURL TRANS FURL W/UNESCORTED TRF TO A CCC  07-12-2005 0143 07-12-2005 0143
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   07-06-2005 0337 07-12-2005 0143
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        07-06-2005 0320 07-06-2005 0337
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   07-01-2005 1259 07-06-2005 0320
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        07-01-2005 1052 07-01-2005 1259
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   07-01-2005 0327 07-01-2005 1052
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        07-01-2005 0259 07-01-2005 0327
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-29-2005 1006 07-01-2005 0259
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-29-2005 1000 06-29-2005 1006
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-29-2005 0336 06-29-2005 1000
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-29-2005 0302 06-29-2005 0336
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-27-2005 0329 06-29-2005 0302
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-27-2005 0319 06-27-2005 0329
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-24-2005 0148 06-27-2005 0319
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-24-2005 0122 06-24-2005 0148
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-18-2005 2224 06-24-2005 0122
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-18-2005 1831 06-18-2005 2224
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-06-2005 0240 06-18-2005 1831
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-06-2005 0216 06-06-2005 0240
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-02-2005 1035 06-06-2005 0216
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-02-2005 0958 06-02-2005 1035
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   06-01-2005 0609 06-02-2005 0958
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        06-01-2005 0544 06-01-2005 0609
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   05-31-2005 2156 06-01-2005 0544
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        05-31-2005 2106 05-31-2005 2156
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   05-27-2005 1717 05-31-2005 2106
   ASH     OTHER ABS  OTHER AUTHORIZED ABSENCE        05-27-2005 1508 05-27-2005 1717
   ASH     A-DES      DESIGNATED, AT ASSIGNED FACIL   05-27-2005 1037 05-27-2005 1508




   G0002       MORE PAGES TO FOLLOW . . .
```

```
DEVAA              *        PUBLIC INFORMATION         *      04-04-2006
PAGE 002           *            INMATE DATA            *      09:19:36
                              AS OF 04-04-2006

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN

                   RESP OF: CPG / GOOD CONDUCT TIME RELEASE
                   PHONE..: 412-395-4740    FAX: 412-395-4730
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-27-2005 0952 05-27-2005 1037
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-26-2005 0615 05-27-2005 0952
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-26-2005 0549 05-26-2005 0615
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-25-2005 0727 05-26-2005 0549
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-25-2005 0545 05-25-2005 0727
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-23-2005 2221 05-25-2005 0545
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-23-2005 2140 05-23-2005 2221
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-16-2005 0241 05-23-2005 2140
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-16-2005 0210 05-16-2005 0241
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-13-2005 1006 05-16-2005 0210
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-13-2005 0920 05-13-2005 1006
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-13-2005 0616 05-13-2005 0920
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-13-2005 0548 05-13-2005 0616
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-12-2005 0943 05-13-2005 0548
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-12-2005 0844 05-12-2005 0943
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-12-2005 0636 05-12-2005 0844
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-12-2005 0546 05-12-2005 0636
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-10-2005 0619 05-12-2005 0546
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-10-2005 0546 05-10-2005 0619
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-10-2005 0234 05-10-2005 0546
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-10-2005 0211 05-10-2005 0234
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-06-2005 0219 05-10-2005 0211
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-06-2005 0149 05-06-2005 0219
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-05-2005 0236 05-06-2005 0149
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-05-2005 0158 05-05-2005 0236
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-04-2005 0652 05-05-2005 0158
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-04-2005 0544 05-04-2005 0652
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-04-2005 0235 05-04-2005 0544
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-04-2005 0200 05-04-2005 0235
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-03-2005 0231 05-04-2005 0200
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-03-2005 0202 05-03-2005 0231
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 05-02-2005 0231 05-03-2005 0202
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      05-02-2005 0212 05-02-2005 0231
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 04-29-2005 1131 05-02-2005 0212
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      04-29-2005 0932 04-29-2005 1131
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 04-27-2005 0605 04-29-2005 0932
ASH    OTHER ABS    OTHER AUTHORIZED ABSENCE      04-27-2005 0551 04-27-2005 0605
ASH    A-DES        DESIGNATED, AT ASSIGNED FACIL 04-26-2005 0230 04-27-2005 0551




G0002         MORE PAGES TO FOLLOW . . .
```

```
   DEVAA              *        PUBLIC INFORMATION         *      04-04-2006
PAGE 003              *            INMATE DATA            *      09:19:36
                              AS OF 11-18-2005

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN

                   RESP OF: CPG / GOOD CONDUCT TIME RELEASE
                   PHONE..: 412-395-4740    FAX: 412-395-4730
PRE-RELEASE PREPARATION DATE: 09-09-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-18-2005 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION............: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER....................: CR01-00196-001
JUDGE............................: BLOCH
DATE SENTENCED/PROBATION IMPOSED: 03-07-2002
DATE COMMITTED...................: 03-15-2002
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:    $100.00         $00.00        $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $32,923.21

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  281
OFF/CHG: T18:1014 SUBMITTING A FALSE LOAN APPLICATION TO AN FDIC
         INSURED FINANCIAL INSTITUTION

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:      27 MONTHS
 TERM OF SUPERVISION.............:       5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER.....: CS TO 020
 DATE OF OFFENSE.................: 10-29-1999




G0002        MORE PAGES TO FOLLOW . . .
```

```
    DEVAA            *        PUBLIC INFORMATION          *      04-04-2006
   PAGE 004          *            INMATE DATA             *      09:19:36
                              AS OF 11-18-2005

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN

                   RESP OF: CPG / GOOD CONDUCT TIME RELEASE
                   PHONE..: 412-395-4740    FAX: 412-395-4730
-------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 10-01-2004 AT ASH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   030 010

DATE COMPUTATION BEGAN..........: 12-04-2003
TOTAL TERM IN EFFECT............:    27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS       3 MONTHS
EARLIEST DATE OF OFFENSE........: 10-29-1999

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 105
TOTAL GCT EARNED................: 105
STATUTORY RELEASE DATE PROJECTED: 11-18-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-03-2006


ACTUAL SATISFACTION DATE........: 11-18-2005
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CPG
ACTUAL SATISFACTION KEYED BY....: KAG

DAYS REMAINING..................: 105
FINAL PUBLIC LAW DAYS...........: 0




G0002       MORE PAGES TO FOLLOW . . .
```

```
   DEVAA            *         PUBLIC INFORMATION          *    04-04-2006
PAGE 005            *            INMATE DATA              *    09:19:36
                              AS OF 12-04-2003

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN

                    RESP OF: CPG / GOOD CONDUCT TIME RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-04-2003 VIA GCT REL

-------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------
COURT OF JURISDICTION............: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER....................: 2:CR 95-163
JUDGE............................: CINDRICH
DATE SENTENCED/PROBATION IMPOSED.: 10-24-1996
DATE SUPERVISION REVOKED.........: 12-17-2001
TYPE OF SUPERVISION REVOKED......: REG
DATE COMMITTED...................: 03-15-2002
HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED................: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $50.00         $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $3,600.00

---------------------------PRIOR OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  820
OFF/CHG: T18:1343 WIRE FRAUD

  SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
  SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
  DATE OF OFFENSE................: 01-31-1994




G0002           MORE PAGES TO FOLLOW . . .
```

```
   DEVAA            *       PUBLIC INFORMATION        *     04-04-2006
   PAGE 006         *          INMATE DATA            *     09:19:36
                              AS OF 12-04-2003

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN

                    RESP OF: CPG / GOOD CONDUCT TIME RELEASE
                    PHONE..: 412-395-4740    FAX: 412-395-4730
-------------------------PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 05-30-2002 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 03-08-2002
TOTAL TERM IN EFFECT............:    24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS
EARLIEST DATE OF OFFENSE........: 01-31-1994

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 94
STATUTORY RELEASE DATE PROJECTED: 12-04-2003
SIX MONTH /10% DATE.............: 10-03-2003
EXPIRATION FULL TERM DATE.......: 03-07-2004


ACTUAL SATISFACTION DATE........: 12-04-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: ASH
ACTUAL SATISFACTION KEYED BY....: THE

DAYS REMAINING..................: 94
FINAL PUBLIC LAW DAYS...........: 0




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   DEVAA           *       PUBLIC INFORMATION        *      04-04-2006
   PAGE 007        *          INMATE DATA            *      09:19:36
                             AS OF 02-04-1998

REGNO..: 05656-068 NAME: LOCKOVICH, JOHN

                    RESP OF: CPG / GOOD CONDUCT TIME RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-04-1998 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------
COURT OF JURISDICTION............: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER....................: 2:95CR00163-001
JUDGE............................: CINDRICH
DATE SENTENCED/PROBATION IMPOSED: 10-24-1996
DATE COMMITTED...................: 12-03-1996
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $50.00          $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $3,600.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  820
OFF/CHG: 18:1343  WIRE FRAUD

 SENTENCE PROCEDURE..............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    18 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 01-31-1994




G0002         MORE PAGES TO FOLLOW . . .
```

```
    DEVAA           *          PUBLIC INFORMATION         *      04-04-2006
PAGE 008 OF 008     *              INMATE DATA            *      09:19:36
                               AS OF 02-04-1998

REGNO..: 05656-068  NAME: LOCKOVICH, JOHN

                    RESP OF: CPG / GOOD CONDUCT TIME RELEASE
                    PHONE..: 412-395-4740    FAX: 412-395-4730
-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-03-1998 AT ASH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 10-24-1996
TOTAL TERM IN EFFECT............:    18 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 01-31-1994

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     02-09-1996    02-09-1996
                                     10-17-1996    10-23-1996

TOTAL PRIOR CREDIT TIME.........: 8
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 70
TOTAL GCT EARNED................: 70
STATUTORY RELEASE DATE PROJECTED: 02-04-1998
SIX MONTH /10% DATE.............: 12-20-1997
EXPIRATION FULL TERM DATE.......: 04-15-1998


ACTUAL SATISFACTION DATE........: 02-04-1998
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: ASH
ACTUAL SATISFACTION KEYED BY....: GJD

DAYS REMAINING..................: 70
FINAL PUBLIC LAW DAYS...........: 0




S0039       ALL CURRENT COMPS ARE SATISFIED
```

# DOCUMENT 1b

```
      FUNCTION: LST SCOPE: REG    EQ 05656-068    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _  REMEDY LEVEL: _ _         RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____ ____ ____ ____ ____ ____
TRACK:  DEPT: ____ ____ ____ ____ ____ ____
      PERSON: ____ ____ ____ ____ ____ ____
        TYPE: _ _ _ _ _ _
EVNT FACL: EQ ____ ____ ____ ____ ____ ____
RCV  FACL.: EQ ____ ____ ____ ____ ____ ____
RCV  UN/LC: EQ ____ ____ ____ ____ ____ ____
RCV  QTR..: EQ ____ ____ ____ ____ ____ ____
ORIG FACL: EQ ____ ____ ____ ____ ____ ____
ORG  UN/LC: EQ ____ ____ ____ ____ ____ ____
ORIG QTR.: EQ ____ ____ ____ ____ ____ ____


G5152      NO REMEDY DATA EXISTS FOR THIS INMATE
```