UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN J. LOCKOVICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 05-40051-FDS |
| ) | |
| SANDRA HOWARD, F. BHATTI, ) | |
| JAMES WATKINS, DARIN WIEGERS, ) | |
| JOHN DOE #1, JOHN DOE #2, ) | |
| JOHN DOE #3, and JOHN DOE #4, ) | |
| ) | |
| Defendants. ) | |

## FURTHER ORDER ON MOTION TO DISMISS

**SAYLOR, J.**

On October 25, 2005, defendants moved to dismiss the complaint on the grounds, among other things, that plaintiff had failed to exhaust his administrative remedies. On March 29, 2006, the Court entered an order granting the motion as to defendants Watkins and Wiegers; denying it as to defendants Howard and Bhatti; deeming the motion to be a motion for summary judgment on the question of whether plaintiff had exhausted his administrative remedies; permitting defendants to file supplemental pleadings or evidence by April 10, 2006, on that question; and permitting plaintiffs to file opposing pleadings or affidavits by May 10, 2006.

Defendants have filed a supplemental affidavit indicating, among other things, that plaintiff did not file any requests for administrative remedy at any time during his incarceration. Plaintiff has filed no additional pleadings or affidavits.

Accordingly, and for the reasons set forth in the Court's Memorandum and Order dated

March 29, 2006, summary judgment as to all remaining defendants is GRANTED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 30, 2007